AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTHONY T. LAVELY
55 CORBETT ROAD
STOUGHTON, MA 02072

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03M - 1106-JED

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 23, 2003 in Norfolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly receive visual depictions that had been mailed and shipped and transported in interstate and foreign commerce, the production of which visual depictions involved the use of minors engaged in sexually explicit conduct, and which visual depictions were of such sexually explicit conduct; and did knowingly possess items which contain visual depictions of minors engaging in sexually explicit conduct which had been mailed, shipped or transported in interstate or foreign commerce, or which were produced using materials which were so mailed, shipped or transported

in violation of Title 18 United States Code, Section(s) 2252(a)(2) and (a)(4)(B)

I further state that I am a(n) U.S. Postal Inspector and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Richard J. Irvine

Continued on the attached sheet and made a part hereof:   [ ] Yes   [ ] No

Signature of Complainant
RICHARD J. IRVINE

Sworn to before me and subscribed in my presence,

10/2/03                                            at            BOSTON, MA
Date                                                             City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Richard J. Irvine, being duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector of the United States Postal Inspection Service having been appointed to this position in February 1985. I am assigned to the Boston Division and responsible for the investigation of various postal crimes, including violations of Title 18, United States Code, Sections 2251-2252A, which pertain to the sexual exploitation of children. I have investigated child pornography for over five years and received training in the investigation of those cases by attending numerous seminars and courses relating to the investigation of child sexual abuse.

2. I submit this affidavit in support of a criminal complaint against Anthony Lavely ("Lavely"), born in 1943, for violations of 18 U.S.C. § 2252(a)(2) (receipt of child pornography) and 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

3. All the facts reported in this affidavit are based upon my personal knowledge, unless otherwise stated. I have not included each and every fact known to me regarding this investigation, but rather have included only those facts necessary to establish the requisite probable cause.

4. Title 18, United States Code, Section 2252(a)(2), makes it illegal for any person to knowingly receive any visual

depictions that has been mailed, or has been shipped or transported in interstate or foreign commerce, by any means including by computer, if: (1) the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct; and (2) such visual depiction is of such conduct.

5. Title 18, United States Code, Section 2252(a)(4)(B) makes it illegal to knowingly possess one or more videotapes or other matter which contain any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, by any means including by computer, if: (1) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (2) such visual depiction is of such conduct.

6. Title 18, United States Code, Section 2256, provides the definitions for purposes of Section 2252. A "minor" is any person under the age of 18 years old. "Sexually explicit conduct" includes actual or simulated sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal), bestiality, masturbation, sadistic or masochistic abuse, or lascivious exhibition of the genitals or pubic area of any person. "Producing" means producing, directing, manufacturing, issuing, publishing or advertising. A "visual depiction" includes undeveloped film and videotape, and data stored on

computer disks or by electronic means which is capable of conversion into a visual image.

7. In this affidavit, I will refer to any individual under the age of eighteen as a child or minor, and will refer to any visual depictions of a child or minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256, as child pornography.

8. Based on my training and experience, it is known that collectors of child pornography almost always maintain and possess their materials, including films, videotapes, correspondence and source information within a private and secure location, such as their residence. In addition, it is also known that collectors typically retain their materials and related information for many years. Collectors often seek to correspond with one another, and meet with one another to share information and material in an effort to increase the size of or enhance their collections.

9. My training and experience with similar cases also indicates that collectors rarely destroy correspondence from other pedophiles, collectors or distributors unless their activities are uncovered by law enforcement authorities or others. These collectors sometimes attempt to conceal their correspondence and records of orders and sources as they do with their sexually explicit material. They often utilize assumed identities and post office box addresses to conceal their

3

activities. This behavior has been documented by Postal Inspectors and other law enforcement officers involved in the investigation of child pornography cases throughout the country.

10. On April 19, 2002, Postal Inspector Elizabeth M. Bendel, Miami Division, Child Exploitation Specialist, received information from Postal Inspector Art Vandeputte, Detroit Division, Child Exploitation Specialist, indicating that Inspector Vandeputte had executed a federal search warrant and found items which led him to believe that an individual in Miami Beach, Florida was distributing images of child pornography.

11. Inspector Vandeputte informed Inspector Bendel that during his execution of the search warrant in Michigan, he found images of young girls, naked, with their genitals displayed. These images were contained within an envelope with a list of videos and an order form. The envelope bore the return address CRT, Private Mail Box 178, 1348 Washington Ave., Miami Beach, FL 33139. The order form advertised products in VHS and CD-ROM format. The order form referenced the video "Flowers 1" and also advertised items such as "WRITE YOUR OWN SCRIPT," which had the following description: "We have managed to reestablish contact with the very popular little blonde from "Cuties at Play." Now we need your support to prepay projects involving this cutie. For $975 you are entitled to customize 30 minutes of the cutie performance." Also during the search, Inspector Vandeputte discovered a videotape labeled "Flowers 1" which contained

4

depictions of minor girls with their genitals exposed performing calisthenics while naked.

12. Subsequent investigation by Inspector Bendel and other law enforcement officers revealed that C.R.T. is short for "Cultural Research Team," a business operated by Angel Mariscal ("Mariscal") using the address of PMB 178 at 1348 Washington Ave., Miami Beach FL 33139.

13. In May of 2002, Inspector Bendel conducted surveillance of Mariscal. This surveillance, along with some additional investigation, revealed a daily pattern of Mariscal traveling to his private mail box where he retrieved his mail and Federal Express packages. Mariscal was also observed sending packages nationwide from both the Miami Beach Post Office and the private mail box location.

14. Through review of Mariscal's incoming and outgoing mail, Postal Inspectors identified two customers who were sending mail to C.R.T. "Subject 1" was identified, through a return address label, as residing in St. Augustine, Florida, and "Subject 2" was identified, through a return address label, as residing in Summerville, South Carolina.

15. Inspector Bendel contacted the Florida Department of Law Enforcement child exploitation investigators in St. Augustine, FL, and requested they make contact with and interview "Subject 1." During an interview by law enforcement personnel, "Subject 1" provided forty videotapes containing child

5

pornography, including a tape with two minor children performing oral sex on each other, and other tapes with young naked children exposing their genitals. Subject 1 stated he purchased the tapes from a company called C.R.T., 1348 Washington Ave., PMB 178, Miami Beach, FL. "Subject 1" reported he had been purchasing the videos for approximately 5 years and initially saw the advertisement in a photography or sexually oriented magazine. Subject 1 responded to the advertisement and received a list of videos available from CRT. "Subject 1" reported that he paid for the videos with money orders.

16. In July 2002, Postal Inspector James Earl Hoke, Jr., assigned to the Raleigh, NC office, was contacted by Inspector Bendel who requested that he contact "Subject 2." Subject 2 provided similar information as "Subject 1." "Subject 2" provided Inspector Hoke with over 150 videotapes and compact disks, many purchased from CRT, containing child pornography.

17. According to Inspector Bendel, on September 13, 2002, a search warrant was executed on the hotel room occupied by Angel Mariscal. Five computers, numerous videotapes and computer compact disks were seized, including approximately 90 VHS videotapes, 109 compact disks, and 58 video cassette tapes that appeared to be master tapes used by Mariscal to operate C.R.T. The materials seized contained child pornography and/or child erotica. On one of the computer was a listing of Mariscal's customers. One of the customers was shown to be A. Lavely, 28

6

South Main Street, #243, Randolph, MA. Further investigation revealed that Mariscal kept records at a storage facility in Miami. The records from the storage facility were obtained via a search warrant. Included in those records were Fed Ex shipping receipts and copies of previous order forms. The order form copies showed that A. Lavely of 28 So. Main Street #243, Randolph, MA had placed thirteen (13) orders from 12/10/97 through 11/01/99, spending $3,375 on products from C.R.T. In addition, copies of Fed Ex shipping labels showed that on eight different dates items were shipped via Fed Ex to A. Lavely at his address in Randolph, MA.

18. On April 8, 2003, a letter was mailed by a Postal Inspection Service undercover operation to A. Lavely 28 So. Main St., #243, Randolph, MA 02368, with a return address of C.R.T. Private Mail Box 179, 1348 Washington Ave., Miami Beach, FL 33139. Inside were three pages, two pages of products for sale and an order form. The first page of the product listing said:

> **GOING OUT OF BUSINESS SALE - I KNOW WE SAID THAT BEFORE BUT THIS TIME WE MEAN IT**
>
> All sales final and this will be our last flyer. Thanks to all of you who have been loyal customers and friends throughout the years. Last chance to buy our productions - at huge savings. We want to clean out the inventory.

19. On April 15, 2003 an Express Mail piece was received at C.R.T. (the address provided above) from A. Lavely, 28 So. Main

7

St. #243, Randolph, MA. The mail piece had Express Mail label ET724362666US, affixed with a $13.65 postage meter strip from Chelmsford, MA, and was dated April 14, 2003. Inside the Express Mail piece was an order form and $765.00 in cash. The order form listed:

| | | | |
|---|---|---|---|
| Proj 678 | CD | | 125 |
| Proj | CD | 10 | 125 |
| Proj | CD | 11 | 125 |
| REAL | CD | 1 | 125 |
| REAL | CD | 2 | 125 |
| Cuke | CD | 1 | 125 |
| | | ADD P&H | 15 |
| | | TOTAL | 765.00 |

SHIP TO:
A. Lavely
28 S. Main St., #243
Randolph, MA 02368

20. Listed below are the products as described on the C.R.T. product list that were ordered by Lavely:

PROJECTS 6,7,8
A 12 year old cutie and her younger boyfriend take sexy pictures of each other and she gives him his first blow job. He likes it and wants more! Then she shows him how she can fuck his dad too. All three projects on one CD for $125-about 60 minutes long. Add $20 for VHS.

PROJECTS 10,11,12,14,15 (NO 13 HERE!!)
For those who enjoy action by this cutie in projects 6 through 8, are here for a real treat, there are a good variety of scenes too expensive to describe, in these projects are featured also a couple of her friends and cousins as cute or even cuter than her, some even younger than her-preteens-and yeah we said it, real pretty, doing sex for real, hard to believe!!! See it

8

for yourself!!!

Every project is aprox. 50 to 60 minutes long. Price $125 each on CD. Add $20 for VHS.

REAL ACTION VOLUMES 1-5
Pretencious young girls 11-13 years old interact with each other and with a lot older subjects, performed touching, kissing and oral sex. Good camera angles and activity. VOL1 approx 33 min, the est approx 45 minutes. No filler, real action from start to finish. CD $125 per volume; VHS add $20.

CUCUMBER 3
Back by popular demand. A very young cutie about 10 years old having sex with a cucumber and her friends. See it to believe it. $125 CD only.(approx 45 min in length)

21. Investigation determined that 28 So. Main Street, Randolph, MA, is a private mail box ("PMB") facility that is now run by UPS. On April 16, 2003, the application for PMB #243 at 28 So. Main Street in Randolph, MA, was obtained. The application showed the box is rented to A. Lavely, 55 Corbett Road, Stoughton, MA. The identification used to rent the box was MA license # 174347031 and US Airways # 817553236. Records obtained from the Massachusetts Registry of Motor Vehicles shows drivers license 174347031 was issued to Anthony T. Lavely with the same residential address listed above. The RMV check also showed that Lavely uses a mailing address of P.O. Box 568 in Stoughton, MA 02072.

22. On April 16, 2003, an Autotrack check was made on the social security number (SSN) of 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. The Autotrack

9

record showed the SSN belonged to Anthony T. Lavely. There were a number of different address shown for Lavely on Autotrack: P.O. Box 568, Stoughton, MA 02072, 55 Corbett Road, Stoughton, MA 02072, and 28 So. Main Street #243, Randolph, MA 02368.

23. The content on the CD's described above and ordered by Lavely, which were mailed to this affiant by the Postal Inspection Service undercover operation, were viewed by this affiant and each CD contains images of child pornography described as follows, with age estimates based on my training and experience.

    Project 6
    8-10 year old minor boy and 10-12 year old minor female are on
    a bed together, she performs oral sex on him, he masturbates
    her and simulated intercourse.

    Project 7
    11-12 year old minor female performs sex and masturbates  they
    simulate having sex and he insert his finger into her rectum.

    Project 8
    Minor female appears to be 12 years old performs oral sex on
    an adult male, simulated intercourse and anal intercourse.
    The minor female masturbates herself with a dildo. Another
    minor female appearing to be approximately 15 years old joins
    the 12 year old, the older inserts her fingering into the
    younger ones rectum.

    Project 10
    2 minor females appearing to be 13 years old are in a shower,
    joined by an adult male who is cleaned/masturbated, minor
    female licks male's rectum and they have intercourse. Later a
    minor male approximately 15 years old joins her and she
    performs oral sex and masturbates him.

    Project 11
    A minor female appearing to be 14-15 years old strips and

10

displays her genitals. She is then shown in the shower shaving her pubic hair. She is joined by an adult male who she performs oral sex on.

Real Action I
An adult female wearing a hood to cover her face is with what appears to be a 12-13 year old minor female. The two perform oral sex on each other and the minor female is masturbated by the adult female.

Real Action II
An adult female wearing a hood and a minor female appearing to be 11-12 years old perform oral sex on each other. An adult male enters and the minor female performs oral sex on him.

24. On April 23, 2003, a FED EX delivery of seven of the eight CD-ROMs ordered by A. Lavery from the Postal Inspection Service's undercover operation was made to Lavely at Box 243, 28 So. Main Street in Randolph, MA 02368. Upon picking up the package, Lavely exited the PMB facility and was approached by myself and other law enforcement agents. Upon identifying myself to Lavely, I informed him that I would like to discuss the contents of the package he just picked up. The Randolph Police Station (which was across the street) was suggested as a place where we could talk and Lavely agreed. He walked over to the police station with us. Prior to being asked any questions, Lavely was provided his Miranda Rights. He agreed to be interviewed and signed a waiver to those rights.

25. Lavely initially stated that he was unsure of what was in the package he had just picked up. He also said he did not know anything about C.R.T. At that point, I produced copies of prior orders placed by Lavely with C.R.T. Lavely then stated that he

11

did recall making a prior purchase of some videotapes from C.R.T. He said he had some of those videotapes stored at his residence in a room downstairs in the basement. He said he believed that he had also thrown some of the videotapes away. Lavely said he did not recall where he came across the advertisement that C.R.T. ran.

26. Lavely was asked if he owned a computer and he replied that he did. He was then asked if it contained images of child pornography and he replied that it might contain some "questionable images." When asked where he got the images, Lavely said he had downloaded them from the Internet.

27. Lavely provided written consent for us to search his vehicle and seize his laptop computer therein, and to search the computer for illegal material. He also provided written consent to search his residence and to seize any videotapes that may contain illegal material.

28. At the conclusion of the interview, Lavely accompanied us to his vehicle where he provided me with his laptop computer. He agreed to accompany us to his residence where he pointed out and provided two boxes full of videotapes. He said the boxes contained the videotapes he purchased from C.R.T., along with some others.

29. I sent Lavely's computer to the Crime Laboratory Computer Digital Evidence Unit of the Postal Inspection Service

to conduct a forensic examination. I requested any copies of child pornography found on the computer. The examination found 633 images of child pornography. These images were provided to me on a CD-ROM. I sent the CD-ROM to the National Center for Missing and Exploited Children ("NCMEC") to determine if there were any known child victims that had been identified by law enforcement during previous investigations. The NCMEC is the nation's resource center for child protection and provides services to assist law enforcement in attempting to identify known victims of child abuse.

34. The NCMEC was able to identify numerous known child victims among the images obtained from Lavely's computer. The following is a description of some of the child pornography images with the known victims that Lavely possessed:

6 Images: dcp01020.jpg, dcp01021.jpg, dcp01022.jpg, dcp01023.jpg, dcp01124.jpg and dcp01369.jpg--an adult male rubs his penis against a minor female's genitals then inserts the penis into the minor female's vagina and in the last images show the adult male ejaculating into and on the minor's vagina. This minor is a known victim from the "Abby" series. Detective Rod Gates of the Cassia County Sheriff's Office in Burley, Idaho can testify to the investigation and Abby being a minor.

Image !!!just_a_little_deeper.jpg - a minor female is performing oral sex on an adult male. This is a known victim from the series called "Golden Angel." Detective Inspector Holger Kind of the German Federal Criminal Police conducted the investigation.

Image 16.jpg - a prepubescent minor female is lying naked on a bed with an adult male's penis rubbing up against her mouth. This is a known victim from the series called "Heather." Sergeant

13

Matt Cawthon of the Texas Rangers conducted the investigation.

5 Images: helgav007.jpg, helgav008.jpg, helgav009.jpg, helgav011.jpg and helgav012.jpg - a minor female and minor male perform oral sex on each other, they masturbate each other and the minor female provides a lascivious display of her genitals. These are known victims from the series called "Helen." Detective Constable Sharon Girling of the United Kingdom's National Crime Squad conducted the investigation.

35. The videotapes seized from Lavely's residence were reviewed. One videotape labeled "Feathers 1" has a minor prepubescent female lying on the floor spreading her legs displaying her genitals. The camera is positioned below her feet viewing upwards, providing a display of the minor female's genitals.

36. Based on the foregoing, I believe probable cause exists to conclude that on April 23, 2003, at 28 So. Main Street, Randolph, MA, Anthony Lavely knowingly received visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2), and that on that same date he knowingly possessed on his laptop computer and in his residence, visual depictions of minors engaged in

sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

*Richard J. Irvine*
Richard J. Irvine,
United States Postal Inspector

Subscribed and sworn to before me this 2nd day of October 2003.

*Judith Gail Dein*
JUDITH GAIL DEIN
United States Magistrate Judge

15