UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
03M-1106-JGD

UNITED STATES OF AMERICA

v.

ANTHONY LAVELY

## ORDER

November 13, 2003

DEIN, M.J.

The Defendant's Motion to Continue Preliminary Hearing is ALLOWED.

The probable cause hearing is continued to Wednesday, January 14, 2004, at 10:00

A.M.  However, requests for extension of time to seek an indictment must be brought to

the miscellaneous business docket under the Plan for Prompt Disposition of Criminal

Cases in the United States District Court for the District of Massachusetts, Section

II(6)(c)(1).

Judith Gail Dein
United States Magistrate Judge