UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03M-1106-JGD |
| ) | |
| ANTHONY LAVELY ) | |

### DEFENDANT'S MOTION TO CONTINUE PRELIMINARY HEARING

Defendant Anthony Lavely, with the assent of the government, respectfully moves that this Court continue the preliminary hearing in this matter from its currently scheduled date of January 14, 2004 at 10:00 a.m. to January 29, 2004. In so moving, the defendant hereby again waives his right, under Fed. R. Crim. P. 5(c), to have a preliminary examination held within 20 days of his initial appearance before this Court. As grounds therefore, the defendant states that preliminary discussions with the government have begun in an effort to resolve this criminal proceeding by agreement of the parties, and that it is hoped that the additional time requested herein will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Respectfully Submitted,
ANTHONY LAVELY

ASSENTED TO:

TIMOTHY Q. FEELEY
Assistant U.S. Attorney

By his attorney,

Stephen R. Delinsky (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800

DATED: January 12, 2004

{K0273920.1}

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by (hand) on 1-12-04.