UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
03M-1106-JGD

UNITED STATES OF AMERICA

v.

ANTHONY LAVELY

### ORDER

January 14, 2004

DEIN, M.J.

The Defendant's Motion to Continue Preliminary Hearing is ALLOWED. The probable cause hearing is continued to Thursday, January 29, 2004, at 3:00 P.M. However, requests for extension of time to seek an indictment must be brought to the miscellaneous business docket under the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, Section II(6)(c)(1).

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge