UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04 CR 10025 NG |
| | ) | VIOLATION: |
| v. | ) | 18 U.S.C. §2252(a)(2) |
| | ) | Receipt of Child Pornography |
| ANTHONY LAVELY | ) | 18 U.S.C. §2253(a) |
| | ) | Criminal Forfeiture |

INFORMATION

COUNT ONE:   18 U.S.C. §2252(a)(2) -- Receipt of Child Pornography

The United States Attorney charges that:

On or about April 23, 2003, at Randolph, in the District of Massachusetts,

ANTHONY LAVELY,

defendant herein, did knowingly receive seven computer disks that contained visual depictions that had been shipped and transported in interstate commerce, the producing of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, and the visual depictions being of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATIONS

18 U.S.C. § 2253(a) -- Criminal Forfeiture

The United States Attorney further alleges that:

1. The allegations of Count One of this Information are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on Count One hereof, the defendant ANTHONY LAVELY shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2252 and/or 2252A; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by or turned over to law enforcement officials at his residence on April 23, 2003.

All pursuant to Title 18, United States Code, Section 2253(a).

> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: *(signature)*
> TIMOTHY Q. FEELEY
> Assistant U.S. Attorney
> (617) 748-3172

January 29, 2004