UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 04-10025
v. )
)
ANTHONY T. LAVELY )

## WAIVER OF INDICTMENT

Defendant Anthony T. Lavely, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
ANTHONY T. LAVELY

_____
Stephen R. Delinsky, Esq.
Attorney for Defendant

Date: Sept. 27, 2004