UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04 CR 10025-NG |
| | ) | |
| ANTHONY LAVELY | ) | |

## DEFENDANT, ANTHONY LAVELY'S MOTION FOR DOWNWARD DEPARTURE FROM THE ADVISORY SENTENCING GUIDELINE RANGE AND REQUEST FOR CONSIDERATION OF POST-<u>BOOKER/FANFAN</u> SENTENCING FACTORS PURSUANT TO 18 U.S.C. §3553(a)

The defendant, Anthony Lavely ("Mr. Lavely"), moves this Court to depart downward from the advisory sentencing guideline range as calculated in the Presentence Report and plea agreement. Mr. Lavely requests this Court to depart downward based on the following recognized grounds: (1) extraordinary post offense rehabilitation; (2) exceptional family ties and responsibilities; (3) the government's suggestive investigative technique; (4) vulnerability to victimization or abuse in prison; and (5) a combination of these grounds. Mr. Lavely also requests this Court to consider post-<u>Booker/Fanfan</u> sentencing factors pursuant to 18 U.S.C. §3553(a).

In further support of this motion, Mr. Lavely incorporates his Sentencing Memorandum filed simultaneously herewith and Defense Submission for Presentence Report Regarding Background of Anthony Lavely which was previously filed with the Court.

Respectfully Submitted,

ANTHONY LAVELY

By his attorneys,

Stephen R. Delinsky  (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.:   617.342.6800
Facsimile No.:   617.342.6899

DATED:  July 12, 2005