# EXHIBIT 1

Case 1:04-cr-10025-NG   Document 19-2   Filed 07/12/2005   Page 1 of 4

22 Mill Street, Suite 306
Arlington, MA 02476-4744
Tel: 781 643 0610
Fax: 781 643 1609
e-mail: nefacorp@aol.com

*Co-Founders*
Carol J. Ball, Ph.D.
Theoharis K. Seghorn, Ph.D.

*Forensic Psychologist*
Barbara Schwartz, Ph.D.

*Assistant Clinical Director*
Ruth Lewis, Ph.D.

*Associates*
Nancy E. DiZio, LMHC
William Grace, M.S.W.
Leo D. Keating, LICSW
Joseph P. Stets, M.A.
Denise M. Stack, M.A.

June 30, 2005

Stephen R. Delinsky, Esq.
Eckert Seaman Cherin & Mellott, LLC
1 International Place
Boston, Massachusetts 02110

Re: Anthony Lavely

Dear Mr. Delinsky:

I am responding to your latest query about Mr. Lavely's progress in treatment and likelihood to present a danger to the community or a risk to reoffend. Mr. Lavely was initially referred to New England Forensic Associates for supplemental psychosexual testing in connection with a forensic evaluation being prepared by another practitioner after he was found to have purchased a video containing child pornography. Some depictions of child pornography were also subsequently found on his home computer. Mr. Lavely has been in individual therapy with me for over a year at this time. He has made significant progress in understanding how the consumption of child pornography perpetuates an industry that abuses children. As is often the case with some individuals found to be in possession of pornography involving children, it is difficult for these individuals to believe that the models are real children who are being forced to perform abhorrent sexual acts by adults who are sexually abusing them. In our media-driven culture we are accustomed to watching depictions of all types of conduct which involves actors or computer-created images. The line between reality and fiction is very blurred. However, much of Mr. Lavely's therapy has been devoted to discussing and having him read material that discusses child sexual exploitation and its consequences.

1

As a loving father and grandfather as well as someone who was involved for years with children's theater, the realization of what he was encouraging by being a consumer has touched him deeply. Furthermore he has completed a Relapse Prevention Plan which outlines his plan to avoid any similar situations in the future.

One of my principle concerns involved allegations against him of sexually inappropriate touching of adolescent females. His pattern of behavior along with the test results including measures of deviant arousal did not indicate that Mr. Lavely was excited by frottage, the elicit touching of others for sexual gratification. Indeed the results of the polygraph which specifically addressed these allegations reinforces my clinical assessment that Mr. Lavely did not knowingly touch adolescents females for his personal sexual gratification.

As mentioned previously, there are many reasons why persons access or purchase child pornography. Dr. Timothy Foley of Philadelphia[1] has developed a typology of individuals who access child pornography that delineates a number of different types of offenders including pedophiles, individuals who experiencing repetition compulsion of their own sexual abuse, individuals who are excited by any type of societal taboos, curiosity seekers, and individuals who are termed "disorganized offenders" who download large amounts of pornography of all types and rarely know everything that is contained in these files. Mr. Lavely appears to have aspects of the curiosity seeker in the purchase of the video and of the disorganized and curious type in accessing material on the Internet. There is no evidence of pedophilic tendencies.

Based on both the research and my own clinical experience with individuals who acquire child pornography, I believe that Mr. Lavely's conduct falls outside of the "heartland" of the offense. This conduct is radically different

---

[1] Foley, T. (2002) Forensic assessment of internet child pornography. In B. Schwartz (Editor) *The sex offender: Current treatment modalities and system issues.* Civic Research Institute: New York.

2

from the last person I evaluated with this charge who confessed during the interrogation that child pornography fed his sexual arousal to children and led to his confession of the ongoing molestation of a child.

Unlike the above individual who presents a danger to the community and whose own interests would be served by incarceration in a facility where he could receive intensive sex offender treatment, Mr. Lavely does not present a risk to the public nor does he need intensive treatment. He has basically completed a course of sex offender treatment, achieving the major goals of understanding the impact of his behavior on others and developing a strategy for avoiding further involvement. Furthermore he could well be victimized where he to be incarcerated. He is not an individual who has any familiarity with "the con code." He could be easily manipulated, blackmailed, intimidated or worse by inmates who would target him as a sex offender. He might be forced to spend his entire sentence in Protective Custody where he could not even access programs or treatment.

Currently Mr. Lavely is benefiting the community through his career as a project director for a biomedical firm and has even been called to consult on matters of national security. Furthermore he partially supports an autistic grandchild and who without the additional financial resources provided by Mr. Lavely might be deprived of needed therapeutic services.

In conclusion I do not believe that Mr. Lavely's conduct was that envisioned by the individuals who passed laws addressing child pornography. I furthermore believe that he has benefited from treatment and will never access this type of material again. Additionally I believe that he does not present any type of threat to community, and that he is indeed an asset to the community. Finally incarceration could well place his welfare in jeopardy.

If you have any further questions, please feel free to contact me.

Yours truly,

Barbara K Schwartz

Barbara K. Schwartz, Ph.D.