# EXHIBIT 3

# Dennis J. Peloquin
# Forensic Polygraph Associates

P.O. Box 106, Westford, MA 01886 Telephone: 978-692-1831 Fax: 978-589-9444
Email: djpeloquin@earthlink.net
Web site www.massachusetts polygraph.com

### Psychophysiological Detection of Deception Examination

Subject:                Anthony "Tony" Lavely
File Number:            032605
Date of Birth:          October 6, 1943
Date of Examination:    March 26, 2005

### Identifying Information and Reason for Referral:

Subject was referred for a Specific Exam by Attorney Stephen R. Delinsky to address allegations of Sexual Assault on three juvenile females. The females allege that Mr. Lavely sexually touched them while he was a volunteer for The Little Theatre. Counsel provided details of the allegations.

### Procedure:

The PDD examination utilized computerized forensic testing instrumentation (Axciton System), which recorded psychophysiological responses into software designed by Axciton Systems, Houston, Texas. Relative changes in blood pressure, rate and strength of pulse rate, electrodermal activity, and respiratory inhalation/exhalation patterns were utilized to determine the tonic and phasic tracings. Prior to the test being administered, a calibrated verification of sensitivity was accomplished to determine of the subject was a suitable candidate or the forensic procedure as well as determine the anxiety level of the subject.

### In Take Profile:

Subject presented himself as a 61-year-old male who appeared his stated age, and appeared to be in fair physical condition. He was dressed in casual attire. He presented as being alert and well oriented to person, place and time. He did not appear to be under the influence of any drug or illegal substance. He appeared to be of above average intelligence, and no deficits in attention span or concentration were noted. His comprehension of simple commands was unimpaired, and he exhibited no memory impairment relative to the matter under investigation.

Mr. Lavely stated that he has been married since 1967 and has two biological children ages 33 and 31. Subject worked as a volunteer with the theatre for about ten years. Subject further stated that he held different positions from Stage Manager to building sets and has worked with the players in the shows back stage. He stated that he never touched any juvenile in a sexual manner and denies touching any of the female juveniles making the allegations on their breasts and or the buttocks.

Based on my observations of the subject at the time of examination it was my expert opinion that he was a suitable candidate for a phychophysiological detection of deception examination.

### Pre-Test Phase:
The purpose of the PDD examination was to determine the truthfulness of the subject's answers to a Specific Polygraph Examination to address the allegations, that he had sexually touched the three juvenile females specified.

### In Test Phase:
During the course of the test administered, pertinent specific questions were designed and asked regarding:

1. DID YOU DELIBERATELY TOUCH ANY OF THOSE GIRLS IN A SEXUAL MANNER?

   A: NO

2. DID YOU DELIBERATELY TOUCH THOSE GIRLS ON HER BREASTS AND OR BUTTOCKS?

   A: NO

### Analysis of Physiological Data:
The PDD (psychophysiological detection of deception) examination was administered with the **Zone of Comparison Technique.**
This is an accepted control question format administered by government and law enforcement agencies. An overall evaluation of +3 and above in each spot/zone is considered to be in the "**No Significant Psychophysiological Responses Observed Range**". Between +3/-3 in any spot/zone, indicates there is insufficient data to determine probability either way, due to the subject's inability to properly focus on either the relevant or control issues. The analysis of –3 and below in any spot/zone, indicates that **Significant Physiological Responses were observed** when the relevant questions were asked.

After procedural review of the subject's PDD test, and based on accepted criteria for numerical analysis, it is the opinion of this Forensic Polygraph Examiner that no significant. Psychophysiological Responses when specific relevant questions were asked.

### Results:

After careful review of the subject's PolyGram's, it is the opinion of this examiner that there is **No Deception Indicated** to the relevant questions asked.


Dennis J. Peloquin
Forensic Polygraph Associates

**FORENSIC POLYGRAPH ASSOCIATES**
**DENNIS J. PELOQUIN**
POLYGRAPH EXAMINATIONS & QUALITY CONTROL
P.O. BOX 106
WESTFORD, MA. 01886
TEL. (978) 692-1831
FAX. (978) 589-9444
EMAIL: djpeloquin@earthlink.net
WEBSITE: WWW.MASSACHUSETTSPOLYGRAPH.COM

**PROFESSIONAL CAREER:**

Licensed Examiner Massachusetts

☒ Retired United States Army Reserve, Chief Warrant Officer 4 in Criminal Investigation Division, Polygraph Examiner.

☒ Former Polygraph Examiner Civilian, Office of Special Investigations, U.S. Air Force.

☒ Polygraph Examiner Private Practice

**EDUCATION:**

☒ Bachelor of Science Criminal Justice, Northeastern University, 1978.

☒ Attending Masters of Criminal Justice Program, University of Massachusetts.

☒ Graduate Department of Defense Polygraph Institute Polygraph Examiner's Course 1983.

☒ Graduate, Polygraph Examiner's Sexual Disorder Course, Defense Polygraph Institute, 1992.

☒ Graduate, Computerized Polygraph Course, 1996.

☒ Attended in-service training at the American Polygraph Association continuously since 1983.

☒ 1999 Certified in Sex Offender testing by the American Polygraph Association.

**PROFESSIONAL ASSOCIATIONS:**

☒ Member in good standing since 1983, American Polygraph Association

☒ Associate Member, American Association of Police Polygraph Examiners since 1983.

☒ Have held various Committee's leadership positions in American Polygraph Association.

☒ Board Member, National Association of Polygraph Specialists in Sex Offender Testing/Monitoring.

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 2001 - Present | Forensic Polygraph Associates |
| 1987 – 2001 | Director of Integrity & Standards, First Security Services Corporation/Pinkerton. Responsible for all internal investigations under the direction of the Executive Vice-President. Wrote policy direction in the area of Standards for Integrity. Established guidelines for protocols for Sexual Harassment investigations. Conducted interviews, investigations, supervised other personnel assigned, managed case investigations, coordinated activities with local, state, and federal jurisdictions. Position was eliminated as a result of purchase of company and accepted a buyout. |
| 1995 - Present: | Providing state-of-the-art-computerized examinations for legal community and law enforcement. Evaluations are accomplished and verified with computer scoring algorithms developed by the Applied Physics Laboratory of John Hopkins University, the latest procedure for scoring of polygraph examinations. |
| 1995 | Qualified as a expert witness in Polygraph Federal District Court<br>Testified in Probable Cause Hearings<br>Testified in Us Military Court Martial<br>Have written court briefs for District Attorneys in New Hampshire |
| 1983 - 1995: | Provided Polygraph Examinations using three to five channel Lafayette, Stoleting Polygraph Instruments. |
| 1983 - Present: | Guest Lecturer, Northeastern University. |
| 1994 - Present: | Guest Lecturer, Norwich Military University. |
| 1985 - 1989: | American Polygraph Association, Northeast Coordinator School Accreditation. |
| 1989 - 1994: | American Polygraph Association, Regional Representative. |
| 1994 - 1996: | American Polygraph Association, Research Committee. |
| 1985 - Present: | Guest lecturer at several colleges in the New England area. |
| 1996 - 1998 | Polygraph Association, Membership Committee. |
| 1998 – Present | Present Post Conviction Sex Offender Testing Quality Control |
| 2004 - Present | Treasurer/ Secretary National Association of Polygraph Specialists in Sex Offending Testing |