# EXHIBIT 4

Honorable Nancy Gertner
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Gertner:

We wanted to update you on the progress of our son. As you may remember, he was diagnosed with Autism on February 11, 2005. He has since started an ABA (Applied Behavior Analysis) program with The New England Center for Children (NECC). NECC has a home-based program, pre-school, day school and residential program for children on the Autistic Spectrum.

He currently receives home-based services for 30 hours a week. When he turns 3, at the end of December, he may transition into their pre-school program depending on his needs. The program can cost up to $80,000 a year. As you can imagine, this would put any family at a great hardship, but imagine a family who has a father who works 2 jobs and a mother who must stay home so the home-based ABA program can be administered to their Autistic son and I am sure you can see why having a grandfather like Tony who is a wonderful caretaker and a good provider is crucial to this situation. Since he is able to help out financially we have been free to explore other avenues to help our son fight back against Autism. He sees a Doctor in Connecticut who helps Autistic kids by exploring food sensitivities and then builds up their immune system to overcome some of the gastrointestinal issues associated with Autism. Unfortunately, this is not covered by our health insurance so we have to pay all of this out of pocket. Due to our son starting this immunology program with his new doctor I do not believe the bills will be subsiding anytime in the near future. A visit with this doctor can range anywhere from $90-$220 per hour and depending on the course of prescription between visits can be an additional $150-$300 never mind tests and other associated expenses as he is over 2 ½ hours away. We are so afraid that if we stop these treatments that our son will regress. Tony has given us approximately $18,000 over the course of the year and has provided unconditional love along with the financial support to bring us where we are today. David lost his job last summer and Tony has helped us financially since then. Between house payments, health insurance and various other bills due to David only being able to find contract work in the computer field we have been behind the eight ball in many ways.

The GOOD NEWS is our son seems to be making great strides and one of the reasons is the time he spends with Tony. They enjoy taking walks, going to the aquarium, museums, running errands and reading books together. Due to the time they spend together Jagger has seemed to blossom and enjoys repeating things Tony says, copying his actions and sitting in his lap when they watch movies together (he rarely sits in anyone else's lap willingly). One of his few words is "Tony". We feel his development would be compromised if Tony were not around to participate in our son's daily life as he is a strong and positive male role model for him to learn from and emulate.

As you can see, we rely on Tony in so many ways. He is an integral part of the plan for our son to continue growing developmentally and providing for us financially during this most difficult time. If Tony is sentenced to jail many of these treatments for our son will have to stop as we cannot fund these ventures on our own and there are no organizations or healthcare providers to help defray these costs in any way. We pray you have mercy on this gentle man who regrets his past mistakes and only wants what is best for his family, friends and especially his little grandson whose fate now lies in your judicious hands.

Sincerely,

David and Stacey Lavely