# EXHIBIT 5

Lavely, Jagger
**DOB:** 12/30/02
**Age:** 2-01

Referred by: Mr. and Mrs. Lavely, parents
Evaluated by: Rafael Castro, Ph.D. and Sarah Quinn, M.S. CCC-SLP
Date of Examination: 2/11/05

## REPORT OF NEURODEVELOMENTAL CONSULTATION

### CHIEF COMPLAINT, REFERRAL QUESTION:

Jagger Lavely, two years one month of age, has a developmental history
significant for difficulties in the areas of communication and social abilities. Mr.
and Mrs. Lavely requested this evaluation to enhance their understanding of
Jagger's developmental strengths and needs and to obtain guidance regarding
intervention planning.

### SOURCES OF INFORMATION:

Impressions contained in this report are based on review of Jagger's history,
interviews with his parents, clinical observations and formal testing. The Mental
Scale from the Bayley Scales of Infant Development –II, and the Receptive
Expressive Emergent Language Scale-2 were administered to assess Jagger's
current level of functioning in the domains of nonverbal problem solving and
communication.

### RELEVANT HISTORY:

Jagger lives with his parents and grandmother in Shrewsbury, MA. Mr. and Mrs.
Lavely both attended secondary education and report no language or learning
difficulties. Family history is notable for the occurrence of language delays, as
well as attention and affective disorders. No other neurological, psychiatric or
learning disorders are reported.

Jagger is the product of a full-term pregnancy remarkable for morning sickness
and gestational diabetes. Labor was spontaneous, but Jagger was delivered via
emergency caesarian section due to maternal and fetal stress during extended

1

RE: Lavely, Jagger

labor. He was discharged from the hospital with his mother in good health. According to his parents, Jagger was a colicky infant who only inconsistently responded to soothing strategies. He continues to have described difficulty transitioning to and sustaining sleep. Medical history is otherwise essentially unremarkable. He had one or two ear infections prior to age one, but an audiological evaluation at twenty-three months revealed mild to moderate hearing loss, secondary to middle ear dysfunction (The Learning Center for Deaf Children, 11/04). By report, bilateral ventilation tubes were inserted in December 2004 and a follow-up audiological evaluation is scheduled in March.

Jagger was described as a typical infant who met his early developmental milestones as expected. He was connected to his family, and smiled, cooed and responded to interaction attempts. He rolled, sat and walked on time and produced consonant babbling prior to one year. Jagger then started to develop a small vocabulary of word approximations used meaningfully, including "mama", "dada" and "baba", by fifteen months. At fifteen months, Jagger developed a high fever that coincided with his immunizations. A slow decline in responsiveness and verbalizing was recalled from that point, and by his eighteen-month Mr. and Mrs. Lavely became increasingly concerned with Jagger's communication development. He was then enrolled in a community based preschool program, Little Beginnings Preschool in Shrewsbury, in October 2004 in order to increase his opportunities for peer interaction. The teachers there expressed their concerns to Mr. and Mrs. Lavely regarding Jagger's decreased eye contact and social interest, prompting a referral to Early Intervention.

In November 2004 at the chronological age of twenty-two months, Jagger was evaluated through the UMASS Early Intervention and Family Support Program. Results of that assessment indicated delays in multiple domains, most significantly in his communicative abilities. Weekly home visits from a developmental educator (1.5 hours) and participation in a developmental play group (2.25 hours) were recommended. Concerns regarding Jagger's social communication behaviors and diagnosis persisted, and the Lavelys requested consultation with a speech language pathologist. Jagger was observed by Ms. Jeanine Mindrum M.A., CCC-SLP, speech language pathologist, with the early intervention program on December 8, 2004. Ms. Mindrum described Jagger as an engaging boy who used unconventional and conventional gestures inconsistently paired with word approximations. He reportedly communicated primarily for social interaction within structured routines and for behavior regulation during high-affect activities. He did not typically requests objects and was described as fairly independent.

Mr. and Mrs. Lavely continued to have specific questions regarding Jagger's diagnosis and in January Jagger was seen by a new pediatrician who provided a diagnosis of Pervasive Developmental Disorder/Not Otherwise Specified. At that time his enrollment in the private preschool stopped and the family was

referred to Horace Mann Educational Associates (HMEA) for intensive behavioral services. Currently Jagger continues to receive weekly visits from the developmental educator and bimonthly consults from the speech language pathologist. Ten hours of individualized services from HMEA utilizing an applied behavioral analysis approach began two weeks ago. These services focus on improving Jagger's joint attention, gross motor imitation and communication skills and are scheduled to increase slowly.

Mr. and Mrs. Lavely requested this evaluation to obtain additional information regarding Jagger's diagnostic profile and recommendations for intervention.

**IMPRESSIONS:**

Jagger is a two year, one month old boy whose developmental profile is characterized by documented vulnerabilities in the areas of communication skills, social interaction, and self-regulation. His parents accompanied Jagger to this assessment. He presented as a beautiful toddler who engaged primarily in active exploration of the testing space. Consistent with parent report, Jagger was often absorbed in self-chosen play and did not consistently respond to clinician's attempts to engage him in assessment tasks. He showed some interest in activities such as working on a pegboard and looking at books, and only briefly participated in tabletop activity. Socially, Jagger was also only inconsistently responsive to his parent's social bids and demonstrated intermittent visual referencing with them throughout the visit. During today's session Jagger engaged in many of his reportedly preferred repetitive actions, such as mouthing objects, pacing/wandering, and visual exploration of items. He also enjoys dropping and spinning items by report. Other sensory preferences include play in contained spaces and tactile exploration of environmental textures.

Assessment of Jagger's nonverbal problem-solving ability was assessed with the Mental Scale of the Bayley Scales of Infant Development-II. He demonstrated abilities falling below the twelve-month level at this time, which place his functioning well below age expectations. Given his young age and the fact that he has only recently begun to receive intensive and specialized services, the present findings should not be seen as fixed measurements of his potential, but simply as a baseline estimate of his current functioning . Jagger briefly explored blocks, turned pages in a book, and fingered the holes on a pegboard. He did not respond to language-based items, such as imitating words, naming objects or attending to stories.

Jagger's communication skills were additionally assessed utilizing the Receptive Expressive Emergent Language Scale-2. According to parent report, Jagger's language comprehension scatters to the twelve-month level with an atypical quality and consistency of demonstrated skill described. Jagger attends to verbal language only inconsistently at this time. He responds to his name by stopping

3

his activity and appears to recognize names of family members and high-frequency object labels. Jagger also attends to music and book reading briefly and appears to attend to finger plays/gestures performed by his mother. Jagger is more regularly responding to "no" at this time and inconsistently follows simple directions, such as "sit down" and "come here", when paired with gestures. Most notable at this point is Jagger's diminished response to verbal language and his need for multiple repetitions and attention gaining cues and the inconsistency of his demonstrated skill.

Based on today's visit, Jagger's expressive language and speech skills also scatter to the twelve-month level, with atypical quality noted. His first word emerged by fifteen months of age;, however, use of his verbal vocabulary diminished by eighteen months of age. Over the last few months Jagger has begun vocalizing purposefully again. He currently produces at least ten words, primarily for the purpose of labeling (e.g., "bread", "dada", "juice", "ball"). His word productions are occasionally combined with eye contact, seemingly for the purpose of joint attention. Jagger produces non-directed vocalizations containing vowel patterns and reduplicated babbling with some proto-conversational intonation, though this is still considered to be an emerging skill. In addition, Jagger tends to rely on non-verbal communication strategies for the purpose of behavior regulation. For example, he will physically direct others to the area of a desired item (e.g., cabinet), push away to protest and shake his head to refuse item/action. He is being taught to point as a communicative tool.

Jagger's described play skills are pre-symbolic and below the twelve month level, consistent with the level of functioning observed in other aspects of his current presentation. By report Jagger enjoys sensory motor activity, such as mouthing objects or pacing play. He will also get stuck using many toys non-productively (e.g., visual regard, gravity play). Additionally, Jagger continues to require a significant amount of adult imposed structure to attend to task, and he will often move away from an area or push items away to discontinue his participation. He is beginning to participate in structured turn-taking play and will sustain a socially based interaction, such as a tickle game. As previously described Jagger's social relatedness is substantially reduced with fleeting eye contact and limited visual referencing observed. Although Jagger appears more connected to familiar caregivers, he remains uninterested in peers and will only briefly participate in a group activity (e.g., at playgroup) and with one to one assistance.

In sum, we endorse Jagger's parents concerns regarding his social communication function, and based on the information gathered today believe Jagger's developmental and behavioral profile is consistent with a diagnosis of Pervasive Developmental Disorder/Autism Spectrum Disorder. Structured assessment, parent report and clinical observation utilizing developmental guidelines additionally indicate that Jagger's current level of developmental skill

is substantially below expectation. While we recognize that Jagger's motor skills continue to be an area of strength the majority of his abilities fall below the twelve month level at this time. In addition, Jagger exhibits a short attention span and tendency toward self-directed and repetitive behaviors, all of which interfere with his ability to participate in other-directed tasks.

## RECOMMENDATIONS:

In light of the abovementioned findings, we believe that addressing Jagger's current difficulties with the provision of specialized services will best assist in ensuring the maximizing of his developmental outcome. The elements felt to be necessary in his current programming, in conjunction with recommended additional supports, are outlined below.

We endorse the maintenance of Jagger's behavioral programming, given that he continues to present with areas of significant challenge in need of such intervention. His cognitive deficits, reduced communicative competence, diminished social orientation, unelaborated play skills, and behavioral stereotypies all remain of marked concern, warranting the continued provision of this approach to most effectively address his ongoing difficulties. For these reasons, and as is recommended for a child with his developmental profile, however, we advise that Jagger's programming be progressively increased to include as close to 30 hours of programming per week as possible.

Specifically, and in accordance to the use of best practice interventions with children on the Autism spectrum, Jagger's individualized programming should continue to follow Discrete Trial Teaching/Applied Behavioral Analysis (ABA) principles, given that ABA teaching is a systematic and empirically sound method for the acquisition of skills for children with Jagger's presentation. As is currently the case, such programming should be provided by qualified behavioral specialists with expertise in working with children on the Autism spectrum, and should be supervised at minimum by a Master's level professional with expertise in the development and implementation of ABA services. We believe that in adopting this behaviorally-based form of instruction, Jagger will best be able to learn and build upon his repertoire of skills.

Educationally, we recommend that Jagger's specialized programming target five goals: 1) his acquisition of functional cognitive skills, 2) improving his language and communication skills, 3) the expansion of his social abilities, 4) decreasing the intensity and frequency of his stereotypical behaviors, and 5) increasing his independence with respect to his daily living skills.

In addition to the abovementioned specialized services, we also endorse Jagger's weekly participation in toddler play group. This setting will provide him with a supervised and familiar context within which to develop and support his interpersonal awareness and competence.

5