UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04 CR 10025-NG |
| | ) | |
| ANTHONY LAVELY | ) | |

**DEFENDANT, ANTHONY LAVELY'S MOTION FOR
DOWNWARD DEPARTURE FROM THE
ADVISORY SENTENCING GUIDELINE RANGE AND REQUEST FOR
CONSIDERATION OF POST-BOOKER/FANFAN SENTENCING FACTORS
PURSUANT TO 18 U.S.C. §3553(a)**

The defendant, Anthony Lavely ("Mr. Lavely"), moves this Court to depart downward

from the advisory sentencing guideline range as calculated in the Presentence Report and plea

agreement. Mr. Lavely requests this Court to depart downward based on the following

recognized grounds: (1) extraordinary post offense rehabilitation; (2) exceptional family ties and

responsibilities; (3) the government's suggestive investigative technique; (4) vulnerability to

victimization or abuse in prison; and (5) a combination of these grounds. Mr. Lavely also

requests this Court to consider post-Booker/Fanfan sentencing factors pursuant to 18 U.S.C.

§3553(a).

In further support of this motion, Mr. Lavely incorporates his Sentencing Memorandum

filed simultaneously herewith and Defense Submission for Presentence Report Regarding

Background of Anthony Lavely which was previously filed with the Court.

Respectfully Submitted,

ANTHONY LAVELY

By his attorneys,

Stephen R. Delinsky  (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.:  617.342.6800
Facsimile No.:   617.342.6899

DATED: July 12, 2005