UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                        )   CRIMINAL NO. 04 CR 10025-NG<br>)<br>ANTHONY LAVELY                                  )<br>) | |

**MOTION OF DEFENDANT ANTHONY LAVELY TO COMPEL
DISCLOSURE OF COPIES OF VIDEOTAPES SEIZED BY THE
GOVERNMENT AND INFORMATION REGARDING THE DISPOSITION OF
OTHER CASES RESULTING FROM THE C.R.T. UNDERCOVER OPERATION**

Defendant Anthony Lavely ("Mr. Lavely") moves this Court to direct the government to provide the defense with copies of all videotapes seized by the government from Mr. Lavely's residence which originated from C.R.T., as well as information regarding the disposition of other cases resulting from the C.R.T. undercover operation, specifically, the name of each defendant, the Federal District Court where the action was brought, the specific charges for each defendant, the docket numbers for each defendant, and the disposition of these cases. Mr. Lavely requests that the government be ordered to produce copies of the seized videotapes and information concerning the disposition of other C.R.T. cases no later than September 15, 2005. This request for necessary and relevant information and material is directly in response to issues raised by the Court during previous hearings and is essential for the defense to prepare for sentencing. Pursuant to Local Rule 7.1, a good faith attempt was made to eliminate or narrow the issues raised in this Motion through a conference with counsel for the government. In further support of this Motion, Mr. Lavely incorporates his Memorandum of Law filed simultaneously herewith.

{K0309461.1}

                                  Respectfully Submitted,
                                  ANTHONY LAVELY
                                  By his attorneys,

                                  */s/ Stephen R. Delinsky* (ARM)
                                  Stephen R. Delinsky  (BBO #119120)
                                  Andrew R. McConville (BBO #632804)
                                  ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
                                  One International Place, 18th Floor
                                  Boston, Massachusetts 02110
                                  Telephone No.:  (617) 342-6800

DATED: September 1, 2005

{K0309461.1}                 2