# EXHIBIT 2



**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Andrew R. McConville
amcconville@eckertseamans.com
(617) 342.6824

August 9, 2005

**HAND DELIVERED**

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:  United States v. Anthony Lavely
     Criminal No. 04-10025-NG

Dear Mr. Feeley:

In Mr. Delinsky's absence, I am writing in response to your letter dated August 5, 2005. As we are not experts in determining the ages of the individuals depicted in the tapes referenced in your letter, your invitation for us to review the tapes at Mr. Irvine's office on August 25th and/or August 26th will not provide us with a sufficient opportunity to effectively accomplish this critical task. Proper review of the tapes will most likely require expert assistance. Consequently, we request that you provide us with copies of all of the tapes referenced in your letter so that they can be thoroughly analyzed.

I thank you in advance for your anticipated cooperation in providing the requested material to us as soon as possible in order for us to prepare for the sentencing hearing.

Very truly yours,

Andrew R. McConville

ARM/cac

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA

{K0302294.1}



Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Andrew R. McConville
amcconville@eckertseamans.com
(617) 342.6824

August 11, 2005

**FILE COPY**

**HAND DELIVERED**

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:   United States v. Anthony Lavely
      Criminal No. 04-10025-NG

Dear Mr. Feeley:

I am writing in response to your letter dated August 10, 2005. We disagree with your categorical assertion that there can be no dispute concerning the ages of the individuals depicted in the video tapes seized from Mr. Lavely's house. In order for us to thoroughly analyze the images on the tapes and prepare for the sentencing hearing, we need our own copies of the tapes. You have provided us with copies of other materials and images on previous occasions for our review. Two days at Mr. Irvine's office on dates selected by you is entirely inappropriate.

If we are not provided with copies of the tapes in an expeditious manner, we will have no alternative but to file a motion for discovery with the court. We thank you in advance for your anticipated cooperation.

Very truly yours,

Andrew R. McConville

ARM/cac



Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

**COPY**

Andrew R. McConville
amcconville@eckertseamans.com
(617) 342.6824

August 16, 2005

**HAND DELIVERED**

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:   United States v. Anthony Lavely
      Criminal No. 04-10025-NG

Dear Mr. Feeley:

In response to your letter dated August 12, 2005, we request that you provide us with our own copies of the 29 video tapes at our expense so that we may properly prepare for Mr. Lavely's sentencing hearing. We will reimburse your office for the cost of copying the tapes and we will make appropriate arrangements to return the copies to you after the conclusion of all of the sentencing proceedings. We believe that providing copies of the tapes to us at our expense is fair and appropriate and will result in a more efficient use of time.

We are also prepared to sign a protective order. Please send us a draft for our review. We look forward to your response.

Very truly yours,

Andrew R. McConville

ARM/cac