# EXHIBIT 3



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 10, 2005

Andrew R. McConville, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

Re: <u>United States v. Anthony Lavely</u>
Criminal No. 04-10025-NG

Dear Andrew:

In response to your letter of August 9, 2005, we are not willing to copy 29 video tapes for an issue that will not be in dispute. The tapes will be made available to you, your client if you wish, and your expert at the Postal Inspection Service office in Boston. You will see at that time that there can be no dispute about the ages of the young girls in those tapes that we have concluded include chargeable child pornography. As you know, even those the girls are prepubescent, they only need be less than 18 years old for the depictions (of sexually explicit conduct) to constitute child pornography.

If after you have reviewed the tapes, you wish to discuss this matter further, I will be available to do so. Postal Inspector Irvine is on vacation this week, but arrangements can be made upon his return to schedule a mutually convenient time to review the tapes.

Very truly yours,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

08/10/05  WED 09:21  [TX/RX NO 7609]



U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*          John Joseph Moakley United States Courthouse
                                          1 Courthouse Way
                                          Suite 9200
                                          Boston, Massachusetts 02210
                                          August 12, 2005

Andrew R. McConville, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

      Re:  United States v. Anthony Lavely
            Criminal No. 04-10025-NG

Dear Andrew:

    As I stated previously, you, your client, and any expert are free to review all 29 CRT video tapes taken from your client (and any other tapes that wer taken from your client) at the Postal Inspection Service office in Boston.  If you insist on having your own copies, you may bring the necessary blank video tapes and make your own copies while you review the tapes.  We will of course need a protective order as to your use of any tapes you copy, but I can prepare that and I doubt that it will be objectionable.

    As for an agreeable time, Postal Inspector Richard Irvine is out of his office this week, but will be returning to the office next week. I suggest you call him directly to make arrangements for your review of the tapes.  His direct number is (781) 935-2045.

                                           Very truly yours,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

                      By:  _____
                          TIMOTHY Q. FEELEY
                          Assistant U.S. Attorney
                          (617) 748-3172

cc:  Postal Inspector Richard Irvine



U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*        *John Joseph Moakley United States Courthouse*
                                        *1 Courthouse Way*
                                        *Suite 9200*
                                        *Boston, Massachusetts 02210*
                                        August 16, 2005

Andrew R. McConville, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

    Re: <u>United States v. Anthony Lavely</u>
        Criminal No. 04-10025-NG

Dear Andrew:

    As I stated previously, you, your client, and any expert are free to review all 29 CRT video tapes taken from your client (and any other tapes that were taken from your client) at the Postal Inspection Service office in Boston. If you insist on having your own copies, you may bring the necessary blank video tapes and make your own copies while you review the tapes. We will not provide you copies of all of the tapes.

    If you make arrangements with Postal Inspector Irvine to review the tapes, you could well conclude that you do not need your own copies. But, if you believe copies are needed, we will make the machines available to you at the Inspection Service office. We will not send the tapes out to a commercial firm, and we will not undertake the time commitment to copy the tapes, even at your expense.

    As for an agreeable time, Postal Inspector Richard Irvine is back in his office this week. I suggest you call him directly to