# EXHIBIT 5



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 23, 2005

Andrew R. McConville, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

    Re:  United States v. Anthony Lavely
         Criminal No. 04-10025-NG

Dear Andrew:

    I have made some preliminary inquires about the data you request in your August 22nd letter. I will now make further efforts to obtain that information and provide it to you as soon as possible. As I start a vacation after Thursday of this week, I may not have the information until my return after Labor Day.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

            By: _____
                  TIMOTHY Q. FEELEY
                  Assistant U.S. Attorney
                  (617) 748-3172