UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04 CR 10025-NG |
| ) | |
| ANTHONY LAVELY ) | |

## DEFENDANT ANTHONY LAVELY'S MOTION TO CONTINUE SENTENCING DATE

The Defendant, Anthony Lavely ("Mr. Lavely"), moves that the Court continue his sentencing hearing from September 12, 2005 to on or about November 14, 2005. Mr. Lavely asserts the following reasons in support of this motion:

1). During a hearing held on July 27, 2005, the Court identified several issues that it deemed relevant in its determination of an appropriate sentence in this matter. Specifically, the Court made inquiries regarding the content of the videotapes previously ordered by Mr. Lavely from C.R.T. which were seized by the government from Mr. Lavely's residence, and the disposition of the other cases resulting from the government's undercover operation.

2). In direct response to the issues raised by the Court, Mr. Lavely's attorneys have made repeated requests to the government for the production of copies of the videotapes that were seized as part of its under cover operation. Copies of the tapes are necessary for the defense to review in depth and to utilize in consultation with its expert before the next scheduled sentencing hearing.

3). The government refused to provide the defense with copies of the seized videotapes, thereby forcing Mr. Lavely's attorneys to personally review and copy each of the

{K0309262.1}

twenty-nine (29) seized tapes at Postal Inspector Richard Irvine's office in Woburn, Massachusetts at a time when Postal Inspector Irvine is available. This process will take considerable time and effort for the defense to complete.

4).     The government has also failed to produce information regarding the disposition of the cases resulting from the C.R.T. undercover operation despite Mr. Lavely's repeated requests. Counsel for the government informed the defense that he may not have the requested information until after Labor Day, which is less than a week before the scheduled sentencing date.

5).     As a result of the government's failure to provide the requested discovery which is critical to the preparation of the defense in this matter, Mr. Lavely has filed simultaneously herewith a motion to compel discovery.

Due to the government's unwillingness to produce the requested information regarding the disposition of other C.R.T. cases and its refusal to provide copies of the seized C.R.T. videotapes, the defense has been unable to properly prepare for the scheduled sentencing hearing. Mr. Lavely and his attorneys will need adequate time to thoroughly analyze the discovery that they have requested concerning critical sentencing issues specifically identified by the Court in order to determine what additional research may be required and to prepare appropriate submissions to the Court for sentencing. Mr. Lavely has no alternative but to request this Court to continue the sentencing hearing date to on or about November 14, 2005.

                              Respectfully Submitted,
                              ANTHONY LAVELY
                              By his attorneys,

*/s/ Stephen R. Delinsky (arm)*
_____
Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800

DATED: September 1, 2005