UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTHONY LAVELY )<br>_____) | CRIMINAL NO. 04 CR 10025-NG |

### REQUEST FOR ORAL ARGUMENT ON MOTIONS OF
### DEFENDANT ANTHONY LAVELY

Defendant Anthony Lavely ("Mr. Lavely") requests this Court for oral arguments on his Motion To Continue Sentencing Date and Motion To Compel Disclosure Of Copies Of Videotapes Seized By The Government And Information Regarding The Disposition Of Other Cases Resulting From The C.R.T. Undercover Operation. Mr. Lavely submits that a hearing is necessary because of the significant issues raised in the motions and oral arguments will assist the Court in resolving the motions.

Respectfully Submitted,
ANTHONY LAVELY
By his attorneys,

_Stephen R. Delinsky_ (ARM)
Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800

DATED: September 1, 2005