UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-10025-NG |
| | ) | |
| ANTHONY LAVELY | ) | |

## JOINT MOTION OF THE PARTIES TO CONTINUE SENTENCING

The government and defendant Anthony Lavely hereby jointly request that the sentencing in this matter, currently scheduled for September 12, 2005, be continued at least 45 days. As grounds therefor, the parties state that 29 videotapes obtained from the defendant's house are this date being produced to the defendant, and the additional time will be needed to review the tapes, make them available for possible expert examination, and thereafter prepare for sentencing. Additionally, the government does not yet have complete information requested by the Court and the defendant about sentences imposed in other prosecutions related to the investigation that gave rise to this case.

| | |
|---|---|
| ANTHONY LAVELY | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/ Stephen R. Delinsky | /s/ Timothy Q. Feeley |
| STEPHEN R. DELINSKY, ESQ. | TIMOTHY Q. FEELEY |
| Attorney for Defendant | Assistant U.S. Attorney |
| (617) 342-6800 | (617) 748-3172 |

September 9, 2005