

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

September 27, 2005

Stephen R. Delinsky, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

    Re:  United States v. Anthony Lavely
          Criminal No. 04-10025-NG

Dear Steve:

    At Judge Gertner's direction, as well as in response to your earlier requests, I have obtained information about federal prosecutions arising out of the investigation of Angel Mariscal and C.R.T. I have limited the information to federal prosecutions, as I understood that it was the sentences imposed in other federal prosecutions that Judge Gertner requested. I understand that all of these prosecutions involve persons who were identified as customers of C.R.T. from documents and records seized during the C.R.T. investigation. I also believe that the charges, as they are in this case, actually relate to further investigation after the customers were identified from C.R.T. records.

    The information below comes from information (last updated 9/22/05) assembled by the United States Postal Inspection Service, the agency responsible for both the Mariscal investigation and the follow-up investigations. I can provide names addresses and sentences imposed, but I do not have court names and case numbers.

| **Defendant Name** | **Offense Date** | **Sentencing Date** | **Sentence** |
|---|---|---|---|
| Charles Smith<br>St. Augustine, FL | 6/2/02 | 5/28/04 | 60 mos.<br>probation |

| Name | Date 1 | Date 2 | Sentence |
|---|---|---|---|
| Jerry Clark<br>Summerville, SC | 7/16/02 | 7/15/03 | 21 months |
| Kenneth Keller<br>Tamarac, FL | 9/26/02 | 3/13/03 | 60 months |
| Kevin Green<br>Jamaica, NY | 1/8/02 | 11/7/03 | 5 mos. HD |
| Samuel Lane<br>Westminster, CA | 11/13/02 | 12/15/03 | 24 months |
| Joseph Wittmann<br>Newark, NJ | 11/25/02 | 4/25/05 | 27 months |
| Adam Nay<br>Louisville, KY | 12/13/02 | 7/28/03 | 6 months |
| John Wyman<br>Urbana, IL | 1/23/02 | 4/12/05 | 36 months (HD ??) |
| James Mears<br>Conway, AR | 2/4/03 | 8/12/04 | 28 months |
| Patrick Ross<br>Sedalia, MO | 4/23/03 | 12/3/04 | 12 months |
| Vanderlei Ferreira<br>Minola, NY | 5/1/03 | 4/14/04 | 27 months |
| Richard Hoffman<br>Shepardstown, WV | 5/8/03 | 12/22/04 | 15 months |
| David Meredith<br>Louisville, KY | 5/15/03 | 11/24/03 | 33 months |
| Dennis Johnson<br>Madison Heights, VA | 5/21/03 | 2/14/05 | 15 months |
| Arthur Harmon<br>Banner Elk, NC | 5/21/03 | 8/20/04 | 12 months |
| Wayne Broussard<br>Metarie, LA | 5/29/03 | no date | Pretrial Diversion |
| Andrew Thompson<br>Wilmington, NC | 5/27/03 | 5/10/04 | 12 months (PTD ??) |
| John Shank<br>Mt. Airy, NC | 6/4/03 | 6/17/04 | 13 months |

| | | | |
|---|---|---|---|
| Larry Westafer<br>Nappanee, IN | 6/5/03 | 9/17/04 | 60 months |
| Robert Coughlin<br>Anderson, SC | 6/19/03 | 3/2/04 | 21 months |
| John Dugan<br>Kihei, HI | 7/9/03 | 12/4/04 | 120 months |
| Larry Prince<br>Marietta, GA | 7/16/03 | 2/25/04 | 22 months |
| Josepf Ernst<br>Sioux Falls, SD | 7/24/03 | 5/3/04 | 15 months |
| Jimmy Tompkins<br>Russelville, AL | 8/12/03 | 4/20/05 | 60 months |
| William Kilfeather<br>Riverside, CA | 9/18/03 | 8/23/04 | 21 months |
| Henry Lindland<br>Lake City, CA | 9/25/03 | 8/31/04 | 28 months |
| Leslie Beal<br>Green Mountain, IA | 9/26/03 | 9/29/04 | 21 months |
| Virgilio Lorenzo<br>Las Vegas, NV | 10/15/03 | 7/26/04 | 46 months |
| Norman Edwards<br>Seatac, WA | 10/21/03 | 7/9/04 | 24 months |
| Charles Guida<br>Medford, MA | 10/27/03 | 3/25/05 | 18 months |
| John Faciane<br>Slidell, LA | 12/17/03 | 12/21/04 | 21 months |
| Gary Matre<br>Hiram, GA | 2/11/04 | 8/26/05 | 36 months |
| Michael Hill<br>Andrews, TX | 4/6/04 | 12/10/04 | 27 months |
| Christian Taitano<br>Rota, Guam | 4/22/04 | 9/8/05 | 60 months |

   Where the information received is unclear I have put question marks.  In both instances, the information suggests but

does not establish that the lesser punishment (i.e. home detention or PTD) was imposed.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:  /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
                              (617) 748-3172

cc:   Court file

      Stephanie Henshaw
      U.S. Probation Officer