UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04 CR 10025-NG |
| ) | |
| ANTHONY LAVELY ) | |

**MOTION OF DEFENDANT ANTHONY LAVELY FOR
AN ORDER TO COMPEL THE PROBATION OFFICE TO
DISCLOSE SENTENCING INFORMATION**

Defendant Anthony Lavely ("Mr. Lavely") moves this Court to enter an Order directing the Probation Office, District of Massachusetts ("Probation Office") to provide the defense with information collected by the Probation Office concerning all departures granted in the United States District Court for the District of Massachusetts from 1989 through January 12, 2005 for offenses involving child pornography, as well as post-Booker departures from January 12, 2005 through the present, and sentencing variances pursuant to 18 U.S.C. §3553(a)(2) that have been granted in the United States District Court for the District of Massachusetts for offenses involving child pornography. This request for the production of necessary and relevant information is made directly in response to issues raised by the Court during previous hearings and is essential for the defense to prepare for sentencing. In further support of this Motion, Mr. Lavely incorporates his Memorandum of Law filed simultaneously herewith.

                                      Respectfully Submitted,
                                      ANTHONY LAVELY
                                      By his attorneys,

                                      */s/ Stephen R. Delinsky*
                                      Stephen R. Delinsky  (BBO #119120)
                                      Andrew R. McConville (BBO #632804)
                                      ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
                                      One International Place, 18th Floor
                                      Boston, Massachusetts 02110
DATED: October 25, 2005             Telephone No.:  (617) 342-6800

{K0312521.2}                          2