UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>ANTHONY LAVELY               )<br>)                       | CRIMINAL NO. 04 CR 10025-NG |

**MEMORANDUM IN SUPPORT OF MOTION OF
DEFENDANT ANTHONY LAVELY FOR AN ORDER
TO COMPEL THE PROBATION OFFICE TO
<u>DISCLOSE SENTENCING INFORMATION</u>**

Defendant Anthony Lavely ("Mr. Lavely") requests that this Court enter an Order directing the Probation Office for the District of Massachusetts ("Probation Office") to provide Mr. Lavely and his attorneys with information collected by the Probation Office concerning all departures granted in the United States District Court for the District of Massachusetts from 1989 through January 12, 2005 for offenses involving child pornography, as well as the post-<u>Booker</u> departures from January 12, 2005 through the present, and sentencing variances pursuant to 18 U.S.C. §3553(a)(2) that have been granted in the United States District Court for the District of Massachusetts for offenses involving child pornography. This request for the production of necessary and relevant information is made directly in response to issues raised by the Court during previous hearings and is essential for the defense to prepare for sentencing. Mr. Lavely asserts the following reasons in further support of his motion:

     1.     During the two previous sentencing hearings held on February 8, 2005 and July 27, 2005, the Court identified several issues that it deemed relevant in its determination of an appropriate sentence in this matter. Specifically, the Court said that

{K0312521.1}

it was particularly interested in the sentences that have been imposed by other judges in cases involving passive viewers of prepubescent children, whether there have been any departures in such cases, and the range of offenders within this category of offender. See Transcript of February 8, 2005 Sentencing Hearing at 54; Transcript of July 27, 2005 Sentencing Hearing at 29. During each of the sentencing hearings, the Court specifically suggested that the Probation Office could provide assistance in gathering this sentencing information.

2.  During a break in the sentencing hearing held on July 27, 2005, the Probation Office provided the defense with a list of fifteen cases that involved convictions for violations of 18 U.S.C. §2252(a)(2). According to the Probation Office, two of the fifteen defendants that were listed received departures. However, the Probation Office did not identify which specific defendants were granted departures and it did not provide the specific docket numbers for any of these cases.

3.  Mr. Lavely's attorneys were recently informed that the Probation Office maintained a database that contained specific sentencing information for cases from the United States District Court for the District of Massachusetts, to include a list of those cases in which departures were granted from 1989 through the present. Consequently, Mr. Lavely's attorney contacted U.S. Probation Office to inquire whether it would provide information generated by this database relevant to Mr. Lavely's sentencing and the issues raised by the Court.

4.  On October 24, 2005, U.S. Probation Officer Jennifer Sinclair informed Mr. Lavely's attorneys that the Probation Office would not provide the requested

sentencing information as a matter of office policy and that the defense would need a Court Order before such information would be released.

5.  Mr. Lavely submits that the requested information is essential in preparing responses to critical sentencing issues identified by the Court. In addition, this information cannot be obtained by Mr. Lavely or his attorneys without an Order from the Court.

## CONCLUSION

For the above reasons, Mr. Lavely requests that this Court grant his motion for an Order directing the Probation Office to provide Mr. Lavely and his attorneys with information gathered by the Probation Office concerning all departures granted in the United States District Court for the District of Massachusetts from 1989 through January 12, 2005 for offenses involving child pornography, as well as the post-Booker departures from January 12, 2005 through the present, and sentencing variances pursuant to 18 U.S.C. §3553(a)(2) that have been granted in the United States District Court for the District of Massachusetts for offenses involving child pornography.

Respectfully Submitted,
ANTHONY LAVELY
By his attorneys,

_____
Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800

DATED: October 25, 2005

{K0312521.1}                                    3