# EXHIBIT 1


**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

# COPY

Stephen R. Delinsky
sdelinsky@eckertseamans.com
(617) 342.6825

April 25, 2005

**HAND DELIVERED**

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:   United States v. Anthony Lavely
      Criminal No. 04-10025-NG
      Discovery Letter #1

Dear Mr. Feeley:

I am writing this letter to formerly request that you provide me the following documents and information which are needed by Mr. Lavely to prepare exculpatory evidence submissions to the Court regarding his sentencing. This discovery letter is in response to Judge Gertner's inquiries regarding the issues related to possible "sentencing entrapment." These requests are being submitted pursuant to the Local Rules of Discovery.

## DOCUMENT REQUEST

1. A copy of all documents mailed to Mr. Lavely on or about April 8, 2003 by Postal Inspector Investigators posing as employees of C.R.T., as part of its undercover operation, including, but not limited to the "Going Out of Business Sale" advertisement, product lists, and order forms;

2. The completed order form Mr. Lavely sent to the government agents posing as employees of C.R.T. and received on or about April 15, 2003;

3. The Federal Express package and mailing labels which contained the compact disks delivered to Mr. Lavely on or about April 23, 2003;

4. Copies of the seven compact disks delivered to Mr. Lavely on or about April 23, 2003; and

5. Copies of any receipts, order forms, and shipping labels establishing Mr. Lavely's prior purchases from C.R.T. at any time prior to April 2003.

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA
{K0301689.1}

ECKERT
SEAMANS

Timothy Q. Feeley, Esq.
April 25, 2005
Page 2

## INFORMATION REQUESTS

1. The identities and titles of the individual(s) who created the "Going Out of Business Sale" advertisement that was sent to Mr. Lavely on or about April 8, 2003 by the Postal Inspection Service.

2. The identities and titles of the individual(s) who created the description of the images on the product list that was sent to Mr. Lavely on or about April 8, 2003. The identities and titles of the individual(s) who created the order form that was sent to Mr. Lavely with the product list.

3. The number of C.R.T. customers that government investigators sent the "Going Out of Business" advertisement and product list to. How many people in addition to Mr. Lavely were targets of this investigation?

4. The number of arrests and/or convictions resulting from the undercover operation. Provide the name of each defendant, the Federal District Court where the action was brought, the specific charges for each defendant, the docket numbers for each defendant and the dispositions of the cases.

5. The source(s) for the images that were contained on the compact disks sent to Mr. Lavely on or about April 23, 2003. Designate if the source was from C.R.T.'s inventory.

6. Did the images on the compact disks delivered to Mr. Lavely on or about April 23, 2003 match the descriptions on the product list mailed to Mr. Lavely on April 8, 2003?

7. Was the package that was delivered to Mr. Lavely on or about April 23, 2003 opened by him prior to the package being seized by government investigators?

8. Was the package that was delivered to Mr. Lavely on or about April 23, 2003 opened after it was delivered in order to confirm its contents?

9. Was there any indication on the package that the material inside contained child pornography at the time it was received by Mr. Lavely?

10. The dates when the images contained on the compact disks delivered to Mr. Lavely, on or about April 23, 2003, were recorded and/or produced.

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA

{K0301689.1}

**ECKERT SEAMANS**

Timothy Q. Feeley, Esq.
April 25, 2005
Page 3

I thank you in advance for your anticipated cooperation in providing these document and information requests to me as soon as possible in order for me to prepare appropriate sentencing materials.

Very truly yours,

Stephen R. Delinsky

SRD/ecd

cc:   Maryellen Molloy, Courtroom Clerk to
      Judge Nancy Gertner

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA

{K0301689.1}