# EXHIBIT 2



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 26, 2005

Stephen R. Delinsky, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

Re: <u>United States v. Anthony Lavely</u>
Criminal No. 03-M-1106-JGD

Dear Steve:

I have e-mailed the Postal Inspector about the actual CDs delivered to your client, and will let you know if we still have the CDs available to us.

I have also looked through the file and found some of the items you wish to see. I enclose copies of Mr. Lavely's prior CRT orders; the Going Out of Business product listing; the envelope in which the product listing was mailed to Mr. Lavely; Mr. Lavely's order form; and the FedEx label used by Mr. Lavely to forward his order to the undercover operation. I understand that the format of the product listing is nearly identical to the advertisements/offers of materials that CRT used when it was in business. I do not have in my files the other items you seek.

When Angel Mariscal, the head of CRT was arrested in Miami in September 2002, he admitted that he was in some of the videos having sex with the girls and the videos were made overseas. Later investigation identified more than 175 child victims, the vast majority of which were females aged 9-16 from Cuba and Ecuador. The child pornography was personally produced by Mariscal and others; smuggled into the United States; duplicated in VHS video and DVD formats; and sent to customers who placed orders in response to mailed advertisements. Additional

information about CRT and the undercover operation can be found in the complaint affidavit in this case.

Other than you inquiry about the actual CDs delivered to Mr. Lavely, please let me know if this letter and the enclosed satisfies your requests.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172