# EXHIBIT 3



**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Stephen R. Delinsky
sdelinsky@eckertseamans.com
(617) 342.6825

May 3, 2005

**HAND DELIVERED**

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:   United States v. Anthony Lavely
      Criminal No. 04-10025-NG
      Discovery Letter #2

Dear Mr. Feeley:

I appreciate your prompt response to my Discovery Letter #1; however, many of my requests remain outstanding. Consequently, I am writing you again to formerly request that you provide me the following information which is needed by Mr. Lavely to prepare exculpatory evidence submissions to the Court regarding his sentencing. These requests are being submitted pursuant to the Local Rules of Discovery.

1.   The identities and titles of the individual(s) who created the "Going Out of Business Sale" advertisement that was sent to Mr. Lavely on or about April 8, 2003 by the Postal Inspection Service.

2.   The identities and titles of the individual(s) who created the description of the images on the product list that was sent to Mr. Lavely on or about April 8, 2003. The identities and titles of the individual(s) who created the order form that was sent to Mr. Lavely with the product list.

3.   The number of C.R.T. customers that government investigators sent the "Going Out of Business" advertisement and product list to. How many people in addition to Mr. Lavely were targets of this investigation?

4.   The number of arrests and/or convictions resulting from the C.R.T. undercover operation. Provide the name of each defendant, the Federal District Court where the action was brought, the specific charges for each defendant, the docket numbers for each defendant and the dispositions of the cases.

5.   The source(s) for the images that were contained on the compact disks sent to Mr. Lavely on or about April 23, 2003. Designate if the source was from C.R.T.'s inventory.

6.   Was the package that was delivered to Mr. Lavely on or about April 23, 2003 opened by him prior to the package being seized by government investigators?

7.   Was the package that was delivered to Mr. Lavely on or about April 23, 2003 opened after it was delivered in order to confirm its contents?

BOSTON, MA    PITTSBURGH, PA    HARRISBURG, PA    PHILADELPHIA, PA    WASHINGTON, DC    WILMINGTON, DE
MORGANTOWN, WV    SOUTHPOINTE, PA    ALCOA CENTER, PA

{K0302294.1}

Timothy Q. Feeley, Esq.
May 3, 2005
Page 2

8.  The dates when the images contained on the compact disks delivered to Mr. Lavely, on or about April 23, 2003, were recorded and/or produced.

I thank you in advance for your anticipated cooperation in providing these information requests to me as soon as possible in order for me to prepare appropriate sentencing materials.

Very truly yours,

Stephen R. Delinsky

SRD/ecd

cc: Maryellen Molloy, Courtroom Clerk to
    Judge Nancy Gertner

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA

{K0302294.1}