# EXHIBIT 4



**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Andrew R. McConville
amcconville@eckertseamans.com
(617) 342.6824

**FILE COPY**

August 22, 2005

**HAND DELIVERED**

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:   United States v. Anthony Lavely
       Criminal No. 04-10025-NG

Dear Mr. Feeley:

I am writing this letter to once again request information regarding the disposition of other cases resulting from the C.R.T. undercover operation. Our preliminary research indicates that the undercover operation resulted in 44 arrests and at least 26 convictions. As we previously requested in our discovery letters dated April 25, 2005 and May 3, 2005, we ask that you provide us with the name of each defendant, the Federal District Court where the action was brought, the specific charges for each defendant, the docket numbers for each defendant, and the dispositions of these cases.

This request is submitted pursuant to the Local Rules of Discovery and directly in response to the issues raised by Judge Gertner during the previous sentencing hearings. I thank you in advance for your anticipated cooperation in providing the requested information to us as soon as possible so that we may prepare appropriate submissions to the court for sentencing.

Very truly yours,

Andrew R. McConville

ARM/cac

{K0308667.1}

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA