# EXHIBIT 5



U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 23, 2005

Andrew R. McConville, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

    Re:   United States v. Anthony Lavely
           Criminal No. 04-10025-NG

Dear Andrew:

    I have made some preliminary inquires about the data you request in your August 22nd letter. I will now make further efforts to obtain that information and provide it to you as soon as possible. As I start a vacation after Thursday of this week, I may not have the information until my return after Labor Day.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    TIMOTHY Q. FEELEY
    Assistant U.S. Attorney
    (617) 748-3172