# EXHIBIT 7



Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Andrew R. McConville
amcconville@eckertseamans.com
(617) 342.6824

**FILE COPY**

September 27, 2005

Timothy Q. Feeley, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, 9th Flr.
Boston, Massachusetts 02210

Re:   United States v. Anthony Lavely
      Criminal No. 04-10025-NG

Dear Mr. Feeley:

I am writing in response to your letter dated September 27, 2005. We appreciate the effort you made to provide information regarding the federal prosecutions arising out of the C.R.T. investigation. Nonetheless, you have not provided us with the specific information that we previously requested that will allow us to research and analyze these cases and defendants in a meaningful way. Specifically, we request that you provide us with the federal district courts where these actions were brought, the specific charges for each defendant, and, most importantly, the docket numbers for each case. Without this critical information, Mr. Lavely will be unable to prepare appropriate submissions to the court for sentencing.

We thank you in advance for your anticipated cooperation.

Very truly yours,

Andrew R. McConville

ARM/cac

BOSTON, MA   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   ALCOA CENTER, PA

{K0310984.1}