# EXHIBIT 8



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

October 5, 2005

Stephen R. Delinsky, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

Re: <u>United States v. Anthony Lavely</u>
    Criminal No. 04-10025-NG

Dear Steve:

I received a response today to my inquiry about whether the Postal Inspection Service has court information and court numbers for the federal sentencings I listed in my last letter. As I suspected, Postal's national headquarters does not capture that information. It would be in individual case files that are spread all over the country, many of which would already have been closed out and sent to storage.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172