# EXHIBIT 1

*LOUIS F*
*PO Box 29288*
*Chicago, Il 60629*

*SEND ME A*
*NEW BROCHURE*
*WITH ALL NEW*
*RELEASES*

## CURRENT RELEASES

## TEEN MODELING *Post 5 & 6 + Party Twins Faces of Culture*

A colorful display of first-time models wearing these cute bathing suits and aerobic attires.  (two hours).  $35

## PORTRAITS

Another photo session with these pretty teenagers, modeling bathing suits, dancing and doing some floor exercises. Contains unrated nudity. Volumes 1 to 6. Ea. 60 minutes. $85 ea. Combos 1&2, 3&4, (5&6) $ 135 ea. No other combination allowed, for discount.

## NATURIST VOLUMES

## PARTY TWINS

These identical twins came with their parents to pay a visit, they ended up trying out some bathing suits and dancing. Filmed at a Naturist resort. Contains unrated nudity.  Aprox. 25 minutes. Price: $35

## FACES OF CULTURE

A compilation of video filmed at an european naturist resort, fashion shows, playful youth at the beach. Aprox. 60 minutes. Price: $45
Note:  Get Party Twins, and Faces of Culture (combo for $ $65

## NATURIST LIFESTYLE

Another great compilation of candid video done with telephoto lenses People of all ages walking down the streets at"natural". Aprox. 60 minutes. Price: $35

## NATURISM

Our best seller, offering the best scene by youngster playing at the beach in the last fifteen minutes. Aprox. 75 minutes. Price:$95

Poster available of our top model in thong swimwear. 8x10:$15
20x30; $ 35

A00750681

# EXHIBIT 2

# WELCOME TO OUR SMALL WORLD

You will see the most cutest young faces from around the world.

We feature the cutest female amateur models, girls next door, nothing rehearsed or staged.

The most candid video footage you will enjoy.

We do not have any pornography or sexual situations, we feature incidental nudity which it is acceptable in most of the world.

It is your responsability to check your local laws, where you are surfing from, if you are allowed to view these pages.

# RAPHAEL PRODUCTIONS

Thanks for your inquiry about our productions, we habe been in business for already a few years, offering video material which do not fall in the "mainstream" category, but subjects as well as surroundings, are well worth to view.

Do not be dissapointed, for not receiving a glossy color brochure, we put our efforts in providing you with a fast and efficient service, and adding new and better videos frequently.

We are the only authorized outlet to distribute all the videos produced by Raphael Productions; reward to anybody to lead us to individual or other outlets involved in bootlegging.

We reserve the right to refuse doing business with any individual or agency soliciting illegal material.

All material adheres to federal law, although it may not be suitable for some audiences.

Enclosed find the actual list of the only videos available for the time being, any other titles have been discontinued.

Some of our tapes, have been shot by amateur videographers, material which we have put together for your viewing, if you have original and unreleased video, send it for trading considerations.

Do not send certified mail, if you use Express Mail, sign the mail ours is a very busy post office, and our messenger service do not wat on line.

Direct all mail to:

C.R.T.
1348 Washington Av # 178
Miami Beach, Fl 33139

NOTE: Along with your first order, you will receive FREE PREVIEWS, so you will have a better idea on what to order, next. Resolution and quality on tapes are far better than the preview's.

For those who wonder about the legality of our tapes, the followin is a list of current "mainstream" features that deal with incidental youngster nudity.

PLAYING IN THE LORD'S FIELDS (DARYLL HANNAH, CATHY BATHES)
THE MISSION (ROBERT DE NIRO)
PRETTY FACE (BROOKE SHIELDS)
BLUE LAGOON (BROOKE SHIELDS)
THE LOVER (FRENCH)
HOPE AND GLORY (SWEDEN)
GREYSTOKE (THE LEGEND OF TARZAN) (EDGAR RICE BURROUGHS)

# ALL RIGHTS RESERVED

## CULTURAL RESEARCH TEAM

Dear Sir:

Thanks for your interest in our productions, we are a growing outlet in business since 1990, distributing homemade videos produced by amateurs. If you have any unreleased video, send it to us for consideration.

Do not get dissapointed for not receiving a glossy full-color brochure, we put our efforts in providing you with a better quality product and reliable service.

The Naturist volumes will give you a closer view to alternative lifestyles all over the world, consisting in a compilation of unrehearsed and mostly candid footage. They portrait people from all ages.

The Modeling tapes, will offer you behind the scenes outlook of real photo sessions with first-time models, for some of them their only experience on the field, which make them a collector's item.

All volumes have been reviewed by legal attorneys and they fall withing Federal guidelines. Laws may vary from State to State.

If you do not want to receive any more updates about this matter, just disregard this flyer, we will not contact you, unless, you either order from us, or write requesting it.

We present you with a list of "mainstream" films, in which incidental nudity is portraited. We hope it will give you an idea how our productions will not offend your comunity standars.

The Mission (Robert De Niro)

Tarzan (edgar Rice Borroughs)

Playing in the Fields of Lord (Cathy Bates,Darryl Hannah)

Hope and Glory (Sweden)

Emerald Forest

Pretty Baby (Brooke Shields)

We reserve the right to refuse doing business with any individual soliciting illegal material.

We do not advertise in any adult magazine, you could spot our ad in publications like International Photographer, Rolling Stone and soon in American Photo, Popular Photography and Video magazine.

# EXHIBIT 3

## ORDER FORM

To order, please, use this form, otherwise, your order may be
delayed or misplaced, make copies if necessary.

| TITLE | VOLUME | PRICE |
|-------|--------|-------|
| Portraits | 5 & 6 | 135 |
|  |  |  |
|  |  |  |
|  |  |  |

Add $5 P&H, regarless amount of tapes:
Tapes will be shipped by US mail, if you want special
delivery (next day, or UPS) add $20                        **+ $5**

                                                    **TOTAL**    140

SHIP TO:

A. LAVELY

28 S. MAIN ST. # 243

RANDOLPH, MA    02368

Note: all material adheres to Federal Law. They may contain
unrated nudity. It should be acceptable within your comunity
standarts. We would rated PG-16, but we are not an Award Academy.

All  mail to:

Cultural Research Team  (C.R.T.)
1348 Washington Av. # 178
Miami Beach, Fl 33139

Make money order or check payable to Cultural Research Team CRT —
Send cash at your own risk, If you do so, use Priority Mail, is
faster and safer.

Posters available of our top model: 8x10: $15   20x30: $35 + P&H.

A00750681

# EXHIBIT 4



22 Mill Street, Suite 306
Arlington, MA 02476-4744
Tel: 781 643 0610
Fax: 781 643 1609
e-mail: nefacorp@aol.com

*Co-Founders*
Carol J. Ball, Ph.D.
Theoharis K. Seghorn, Ph.D.

*Forensic Psychologist*
Barbara Schwartz, Ph.D.

*Assistant Clinical Director*
Ruth Lewis, Ph.D.

*Associates*
Nancy E. DiZio, LMHC
William Grace, M.S.W.
Leo D. Keating, LICSW
Joseph P. Stets, M.A.
Denise M. Stack, M.A.

October 19, 2005

Stephen R. Delinsky, Esq.
Eckert Seaman Cherin & Mellott, LLC
One International Place, 19th floor
Boston, Massachusetts
02110-2602

Re: Anthony Lavely

Dear Mr. Delinsky:

In response to the information that you provided to me concerning the content of the tapes found in Mr. Lavely's possession, I am affirming that this information simply reaffirms my previously stated opinions on his situation.

Mr. Lavely told me that he did not consider the thirty tapes as pornography as they did not contain depictions of sexual acts. Mr. Lavely has never denied the fact that he enjoys looking at attractive adolescent models. This is not considered to be sexually deviant. In fact, sexual arousal to adolescents is considered to part of a normal adult sexual arousal pattern.

Mr. Lavely told me that he ordered the last tape that resulted in his arrest because he had enjoyed looking at the models in the previous tapes produced by CRT. He did not believe that the explicit sexual scenes described were "real", if they existed at all. We have all purchased items, particularly when they are sight unseen, that claim to be more than they really are. Consequently being a skeptical buyer makes sense. In retrospect, he realizes that this was a very foolish choice on his part. Additionally he felt that if such scenes actually existed on the tapes, they would have an "over 18" disclaimer on them. It basically never occurred to him that he would be viewing actual depictions of the sexual abuse of children, which would totally repulsive to him. He recognizes now that this was very naïve on this part.

My diagnosis of him as showing traits of the curious and the disorganized type described in Dr. Foley's typology is reinforced by this information. Certainly someone primarily interested in child pornography could more readily obtain this material as opposed to purchasing 30 expensive tapes of which only a very fraction contained pictures of female genitalia.

In regard to the concerns surrounding the evaluation, Dr. Ball was simply providing the Abel Assessment of Sexual Interest and the phallometric laboratory results to Dr. S. Shapes to whom Mr. Lavely had been referred by yourself. Dr. Shapes did not have the equipment needed to perform those two assessments. I have had access to our results and have been able to discuss in weekly therapy session that began over two years ago all of the relevant issues in this case. There is no information about Mr. Lavely, relevant to his treatment or to my assessment of his risk that I am lacking.

Mr. Lavely has been doing very well in treatment. He has developed a Relapse Prevention Plan and completed a unit on developing empathy. He is familiar with and can intervene in the cognitive distortions that allowed him to order the tape in the first place. He now understands how his expenditures funded child pornography. He has developed other interests that exclude his interest in adolescent models. Basically he has completed all of the major components of a sex offender treatment program. His family, particularly his wife, is fully aware of what might be high risk situations that he should avoid. I have talked with her on several occasions.

Considering the factors that are associated with recidivism in this population, Mr. Lavely has a very low base rate to begin with. This is based on such things as the lack of a clearly defined victim, his history of law abiding behavior, his age and a variety of other static factors. This rate is further mitigated by his supportive family, his responsible job, his lack of a substance abuse history and the fact that he does not subscribe to believe that would justify child sexual abuse. I continue to feel that he does not present a risk to the public.



If you have any further questions, please feel free to contact me.

Yours truly,

Barbara K Schwartz, Ph. D.
Forensic Psychologist



# EXHIBIT 5

STATE OF MASSACHUSETTS

County of Norfolk

I, Anthony Lavely, make the following statement freely and voluntarily. No threats, promises of reward, or duress of any nature have been used in obtaining this statement from me.

On picking up a package in Randolph, I was approached by Richard Irvine, a Postal Inspector, who discussed previous business dealings with CRT in Miami with me. I have agreed to provide him all much material still in my possession, though I hope that investigation will show that such or all of that material will meet the best of legitimacy. It was not my interest to support any activity which would cause harm to anyone, especially a child. If I have done so inadvertently, I regret. I will be much more circumspent in the future, no matter the results of this investigation. I willingly provide the requested material, as well as older videos which I also believe to be legal, but don't wish to keep from authorities. Obviously, I didn't wish this investigation to continue beyond this state, and am willing to assist if I can toward that end.

I said above that I ment no harm to anyone, and regret any of my actions which may have done so. Observation of the models was my only interest. And I have never acted inappropriately with any person at any time. That will continue, but I'll not look at pictures again.

STATE OF ~~WASHINGTON~~ Massachusetts )
                                        ) ss
County of ___Norfolk___                 )

I, ___Anthony Lively___, make the following statement freely
and voluntarily. No threats, promises of reward, or duress of any
nature have been used in obtaining this statement from me.

On picking up a package in Randolph, I was approached by Richard Trevi
a Postal Inspector, who discussed previous business dealings with CRT
in Miami with me. I have agreed to provide him all such material still
in my possession, though I hope that investigation will show that much
or all of that material will meet the test of legality. It was not my intent
to ~~support~~ support any activity which would cause harm to anyone, especially
a child. If I have done so inadvertently, I regret. I will be much more
circumspect in the future, no matter the results of this investigation. I will
provide the requested material, as well as others (images) which I also believe to
be legal, but don't wish to keep from authorities, obviously. I don't wish
this investigation to continue beyond this state, and am willing to assist if
I can toward that end.
    I said above I meant no harm to anyone, and regret any of my actions
which may have done so. Observation of the models was my only interest.
And I have never ~~actu~~ acted inappropriately with any person
at any time. That will continue, but I'll not look at pictures again

The above ~~page~~ statement was written by me and it is the
truth to the best of my knowledge.      [signature]

Subscribed and sworn to before me            Anthony Lively
on April 23, 2003 at Randolph, MA           April 23, 2003
Richard J Trevi    Postal Inspector              18 40
X [signature]  Robert J Weld
[illegible] ( sea )

# EXHIBIT 6

Dean C. Holman
4 Jefferson Road
Westford, MA. 01886

October 18, 2005

To The Honorable Nancy Gertner
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

Dear Judge Gertner:

As I indicated in my previous letter to you, I have had the pleasure and privilege of working with Tony Lavely at Mercury Computer Systems for almost 11 years. I would like to give you a better feeling for the importance of Tony's contributions to Mercury, and ultimately to our customers.

Tony manages a group of six very senior design engineers. Tony insulates his staff from much of the political tug-of-war that typically exists in most companies. He is always sensitive to the career development of his people, meeting with us individually several times a year to be sure that we are on-track and to make any tasking changes needed should we change our career goals. I can honestly say that Tony is absolutely committed to, and protects his people. Several of us have worked directly for him for our whole Mercury careers. Over the course of my career at Mercury, there have been two reorganizations in which I had been slated to be transferred to a different group, for manpower allocation reasons. In both cases, I offered my resignation rather than be moved out of Tony's group. Thankfully, management acquiesced both times. Tony truly cares about the people who work for him, and we all care for him in return. The longevity of our tenures speaks to that.

As a senior manager, Tony bridges the gap between the technical and corporate cultures through his daily interactions with the members of his group, and with senior Mercury management. Numerous vice presidents rely on Tony's vast technical expertise to guide Mercury's product development activities down the best path to ensure success for our customers. Tony is integral to most of the advanced product planning that goes on within Mercury. As such, he meets with customers in order to help them best utilize our products, thus making their systems more valuable to their customers.

One of the projects in which Tony is currently involved is the design of the next generation Joint Common Missile, a project that will provide a vastly improved war

fighting capability to every arm of the U.S. military, at a major cost savings to the taxpayers. Mercury management and the prime contractor think so highly of Tony's technical experience in packaging, electronics and system design, that they invited him to join a cross-functional team at their Florida facility to brainstorm design options with their top engineers at the very beginning of this program. Such an invitation is considered an honor in our profession.

Tony is also a key player in product development for a number of customers in the Baltimore area. All of these projects require advanced signal processing capabilities not currently available outside research labs. Two projects are for Signal Intelligence (SIGINT) gathering Unmanned Aerial Vehicles (UAVs) which will allow field commanders to have real-time tactical information during their missions. Along that same vein, Tony is providing both technical and managerial support to a program which could provide a secure man-carried joint tactical radio system for forward-deployed soldiers, allowing them access to the same SIGINT and tactical information. Such capabilities will help protect our troops while enhancing their operational effectiveness.

Another project, on which Tony plays a major role, will allow the Navy's Aegis Guided Missile cruisers to be upgraded with ultra state-of-the-art signal processing capabilities, allowing them to better protect our deployed troops, and even the mainland United States, from the increasing threat of ballistic missiles. Tony is also heavily involved in several advanced Radar processing and imaging systems. These designs will allow not only U.S. forces, but those of our closest allies, Great Britain and Japan to name but two, to detect and track potential threats at a greater range or with greater accuracy than is possible today. This will help keep soldiers safe while allowing commanders to better deal with ever changing tactical situations.

As a long time member of the VMEbus International Trade Association, Tony is also heavily involved in the creation of new industry-wide interoperability specifications. He is recognized as one of the leading industry experts on the newly emerging Advanced Module Format for high speed interconnects in harsh environments. Tony is a key contributor and the technical editor for this new specification which will allow devices designed for military and industrial applications by many different companies to all operate together in the same system. This will allow for more advanced capabilities to be fielded at a reduced cost to customers.

Tony is also considered the "go to" guy when high visibility customers encounter major problems. His refined analytical skills allow him to rapidly isolate and resolve very complex problems. I have worked on many such urgent debug efforts with Tony and appreciate his unique insights and approaches to problem analysis and resolution.

October 18, 2005

I hope that this letter has given you a better appreciation for the pivotal role which Tony plays in the day to day operations, and future success of Mercury and our customers.   Tony makes it enjoyable to get up and come to work each day. Because many of the systems on which Tony has worked, or on which he is currently working are considered "life critical", it is accurate to say that each day, Tony's unique expertise benefits people all over the world.  The critical work that Tony is doing in the Signal Intelligence area will provide the tools for our country to detect and defuse future terrorist attacks, both here and abroad.  His Radar project work will enhance our ability to protect our fighting men and women around the globe.

Despite the severe personal pressure that Tony has been under for these many months, he has never allowed it to affect the quality of his work and most importantly the decency, compassion and friendship which he continues to show to all of his associates here at Mercury.  He is a good and decent man and I respect him greatly.  I have been told that Mercury's senior management firmly supports Tony, that his unique position is valued here, and that Tony is welcome here as long as he is free to come to work.  I hope that you will take all of this into account in making your final decision.

Sincerely,

Dean C. Holman
Principal Hardware Engineer
Mercury Computer Systems, Inc.

# EXHIBIT 7

October 19, 2005

Martha M. Lavely
P O Box 568
Stoughton, MA  02072

Honorable Nancy Gertner
United States District Court
District of Massachusetts
John Joseph Moakley U. S.  Courthouse
1 Courthouse Way
Boston, MA  02210

Dear Judge Gertner:

I would like to take this opportunity to tell you some things that I'm sure you do not
know about my husband.  Court briefs, police reports and standardized tests say nothing
about the man my husband really is.

Anthony is quiet, unassuming, intelligent, kind and generous.  He doesn't hang out at
bars or go out playing poker with the guys.  He likes to be home and spend time with his
family and friends.  When our children were younger there came a time that he had to
travel a great deal for his work.  As you might imagine the separations were difficult for
all of us.  But Tony had a plan.  His plan was to make sure that for each time he was
away he would take a day to spend with both Cinda and David individually.  They could
choose how they wanted to spend their time with Daddy.  Usually Cinda wanted to go to
a museum or play.  David always preferred a tractor pull or rock concert.  When the time
finally came when it just wasn't cool to be seen with Daddy at these events I don't know
who was more disappointed, David or Anthony.  These special days with the kids were
good for me too because it gave me a little time off from being the only parent on duty.

As the kids grew up he was always there to help coach Cinda's softball team, keep score
for David's baseball team, judge the science fairs and be an enthusiastic audience for any
concert, play or sports event.  Even after the children were older he continued judging the
science fair.  Being an engineer he has always loved science.  He really enjoyed hearing
the kids talk about their projects.  One year our daughter's classmate Paul wanted to do a
project on lasers. (Paul is an only child whose mother divorced his father when he was
three years old).  Anthony brought a real laser home from work and gave him some
pointers on how it could be used.  As a result Paul ended up with a very successful
science project.  I'm proud to say that Paul is a doctor now and still reminds me of that
project every time I see him.

My husband is very generous with his time and his money. Anthony has four brothers and I can tell you they have all come to big brother Tony at one time or another to ask for support, money or both. Two of his brothers went through very difficult divorces. Dan and Hank both turned to Tony for help. They in turn have been supportive of Anthony through his current difficulties.

Tony's generosity is not limited to just family. Our friends call on him to fix ailing computers, to repair a roof or to fix a car that won't start. He is available to any of them at any time. Need a ride to the airport? Need a broken limb taken down? Need snow shoveled? Anthony will be there to help you. As a child he moved around quite a bit. Consequently he really enjoys the stability of having loyal friends who rely on him and on whom he can rely.

We have been married for 38 years. We are truly a team. We share responsibilities at home, with our children and grandchild. I thank my lucky stars every day that I married a man who is willing to vacuum, cook, wash dishes, change a diaper and console a troubled child. I was fortunate to be able to stay home with my children as they grew up. After David graduated from high school I went back to work. Anthony has always encouraged me to take courses and try new things at times when I have not had the confidence. The same applies to our home life. For example, all my life I have loved to play baseball. Unfortunately when I was growing up that was not acceptable for girls. Anthony found a baseball camp where I could go to play for a week with retired professional players and other people who love the game. It was a wonderful experience but without his encouragement I would never even thought of doing it.

Your Honor, I love my husband dearly. He is the kindest, most generous and devoted man I have ever met. Sadly, over the past two plus years I have watched him despair over his legal situation. As you might expect he goes through periods of anxiety and depression. I have watched him go from self confident to withdrawn. From content to remorseful. He truly regrets his poor choice and I know it is an error he will not make again. Anthony has been the love of my life since I was 17 years old. Next month I will be 59. He just turned 62. I know it will take great courage on your part but I hope you can find a way to give him a fair and just punishment.

Sincerely,

Martha M. Lavely