```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
                                ) Criminal No. 04-10025-NG
          v.                    )
                                )
ANTHONY T. LAVELY,              )
          Defendant.            )
```

### UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 2253(a) and Rule 32.2 of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

    1.    On January 29, 2004, the United States Attorney filed an Information charging defendant Anthony T. Lavely (the "Defendant") with Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(Count One).

    2.    The Information also sought the forfeiture, pursuant to 18 U.S.C. § 2253, as a result of committing the offenses alleged in Count One of the Information, of (1) any and all matter which contains visual depictions produced, transported, shipped or

received in violation of Title 18, United States Code, Sections 2252 and/or 2252A; (2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by or turned over to law enforcement officials at his residence on April 23, 2003.

3.   On September 27, 2004, the Defendant pled guilty to Count One of the Information, pursuant to a written plea agreement he signed on January 26, 2004.  In Section Seven of the plea agreement, the Defendant agreed to forfeit any and all assets subject to forfeiture pursuant to 18 U.S.C. § 2253(a) as a result of his guilty plea, including the computer system and related items that were seized by or turned over to law enforcement officials at his residence on April 23, 2003.

4.   On April, 23, 2003, officers seized an Apple G4 Powerbook serial number QT2480DGN4M (the "Computer") from the Defendant's residence.

5.   In light of the Defendant's admissions, the United States has established the requisite nexus between the Computer and the offense to which the Defendant pled guilty, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

6. By virtue of the Defendant's guilty plea and admissions in the plea agreement, the United States is now entitled to a Preliminary Order of Forfeiture against the Computer. See Rule 32.2(b)(2); 18 U.S.C. § 2253(e).

7. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the Computer and will publish notice in a newspaper of general circulation of the Court's Order and of the Unites States' intent to dispose of the Computer in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253.

WHEREFORE, the United States requests that this Court:

(A) enter the Preliminary Order of Forfeiture in the form submitted herewith;

(B) include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the oral pronouncement of the Defendant's sentence; and

(C) incorporate the Preliminary Order of Forfeiture in the criminal judgment entered against the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

/s/ Kristina E. Barclay
TIMOTHY Q. FEELEY
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Date: July 12, 2007

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

Date: July 12, 2007