UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )   Criminal No. 04-10025-NG<br>) |
| ANTHONY T. LAVELY,<br>            Defendant. | )<br>) |

### AMENDED FINAL ORDER OF FORFEITURE

**Gertner, D.J.,**

WHEREAS, on January 29, 2004, the United States Attorney filed an Information charging defendant Anthony T. Lavely (the "Defendant") with Receipt of Child Pornography, in violation of 18 U.S.C. § 2252 (a)(2)(Count One);

WHEREAS, the Information also sought the forfeiture, pursuant to 18 U.S.C. § 2253, as a result of committing the offenses alleged in Count One of the information, of (1) any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2252 and/or 2252A; (2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by or turned over to law enforcement officials at his residence on April 23, 2003;

WHEREAS, on September 27, 2004, the Defendant pled guilty to Count One of the Information, pursuant to a written plea agreement he signed on January 26, 2004. In Section Seven of the plea agreement, the Defendant agreed to forfeit any and all assets subject to forfeiture pursuant to 18 U.S.C. § 2253(a) as a result of his guilty plea, including the computer system and related items that were seized by or turned over to law enforcement officials at his residence on April 23, 2003;

WHEREAS, on April 23, 2003, officers seized an Apple G4 Powerbook serial number QT2480DGN4M (the "Computer") from the Defendant's residence;

WHEREAS, on August 15, 2007, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Computer;

WHEREAS, notice of the Preliminary Order of Forfeiture was served on all interested parties, and was published in the <u>Boston Herald</u> on April 28, 2009, May 5, 2009 and May 12, 2009; and

WHEREAS, no claims of interest in the Computer has been filed with the Court or served on the United States Attorney's Office, and the time within which to do has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for Amended Final Order of Forfeiture is allowed.

2.    The United States of America is now entitled to the forfeiture of all right, title or interest in the Computer, and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

3.    All other parties having any right, title, or interest in the Computer, are hereby held in default.

4.    The United States is hereby authorized to dispose of the Computer in accordance with applicable law.

Date: June 23, 2010

NANCY A. GERTNER
United States District Judge

4